IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SITO MOBILE R&D IP, LLC, and<br>SITO MOBILE, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE CRIME NETWORK, LLC, f/k/a<br>JUSTICE NETWORK, LLC,<br><br>Defendant. | Case No.<br><br>Jury Trial Demanded |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiffs SITO Mobile R&D IP, LLC and SITO Mobile, Ltd., by and through their undersigned counsel, file this Complaint against True Crime Network, LLC f/k/a Justice Network, LLC for patent infringement of United States Patent Nos. 7,054,949; 7,689,706; 8,825,887; 9,026,673; 9,135,635; 9,135,636; 9,350,777; 9,380,088; 9,591,360; 9,756,362; 10,009,637 and 10,171,846 (collectively, the "patents-in-suit" and attached as Exhibits 1-12 respectively) and allege as follows:

**NATURE OF THE ACTION**

1. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

## THE PARTIES

2. Plaintiff SITO Mobile, Ltd. is a company organized and existing under the laws of the State of Delaware with its principal place of business located at 123 Town Square Place, Suite 419, Jersey City, New Jersey 07310.

3. Plaintiff SITO Mobile R&D IP, LLC is a limited liability company organized and existing under the laws of the State of Delaware with its principal place of business located at 123 Town Square Place, Suite 419, Jersey City, New Jersey 07310. Plaintiff SITO Mobile R&D IP, LLC is a wholly owned subsidiary of Plaintiff SITO Mobile, Ltd. (collectively "SITO"). SITO Mobile R&D IP, LLC is a patent holding company that does not exist separate from its parent SITO Mobile, Ltd. In that regard, SITO Mobile, Ltd. controls all of SITO Mobile R&D IP, LLC's business operations and SITO Mobile R&D IP, LLC's financials roll-up into SITO Mobile, Ltd.

4. On information and belief, Defendant True Crime Network, LLC f/k/a Justice Network, LLC ("True Crime Network") is a company organized and existing under the laws of the State of Delaware with a place of business located at Atlanta, Georgia, United States. True Crime Network may be served with process through its registered agent for service in Delaware: Corporation Service Company, 251 Little Falls Drive, Wilmington DE 19808.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

6. True Crime Network is subject to this Court's personal jurisdiction in accordance with due process and/or the Delaware Long Arm Statute because, in part and on information and belief, True Crime Network transacts business in Delaware, contracts to supply services and things in Delaware, and has caused Plaintiff injury in Delaware. *See* Del. Code Ann. Tit. 3, § 3104.

7. This Court has personal jurisdiction over True Crime Network because True Crime Network (directly and/or through its agents, subsidiaries, affiliates, or intermediaries) has committed and continues to commit acts of infringement in Delaware and this judicial district in violation of at least 35 U.S.C. § 271(a).

8. This Court also has personal jurisdiction over True Crime Network because True Crime Network has sufficient minimum contacts with this forum as a result of business conducted within the State of Delaware and this judicial district. In particular, this Court has personal jurisdiction over True Crime Network because, *inter alia*, True Crime Network, on information and belief: (1) has substantial, continuous, and systematic contacts with this State and this judicial district; (2) enjoys substantial income from its operations and sales in this State and this judicial district; and (3) solicits business and markets products, systems and/or services in this State and this judicial district including, without limitation, related to the accused instrumentalities.

9. True Crime Network has purposefully availed itself of the privileges of conducting business within Delaware and this judicial district, has established sufficient minimum contacts with this judicial district such that it should reasonably and fairly anticipate being hauled into court in this judicial district, has purposefully directed

activities at residents of this judicial district, and at least a portion of the patent infringement claims alleged in this Complaint arise out of or are related to one or more of the foregoing activities.

10. Venue is proper in this judicial district pursuant to 28 U.S.C. § § 1391(b) and (c) and/or 1400(b). True Crime Network is incorporated and registered to do business in Delaware, is deemed to be a resident of Delaware, and has committed acts of infringement in Delaware.

**TRUE CRIME NETWORK'S VIDEO STREAMING SERVICE**

11. True Crime Network offers a free streaming service that provides video programming over the Internet.[1]

12. "The True Crime Network streaming app includes more than 250 hours of compelling true crime and mystery content, including popular titles such as "Dr. G: Medical Examiner," "72 Hours: True Crime," "Cruise Ship Killers," and "Poisonous Liaisons." New episodes will be added each month, with more than 500 hours of content planned by the end of 2020." "Best of all, the app is free, setting it apart from other true crime OTT streaming apps that require a subscription fee or cable login." [2]

13. True Crime Network subscribers can access its services through any device including TVs, phones, tablets, and computers via OTT app for Amazon Fire TV,

---

[1] https://www.truecrimenetworktv.com/
https://www.tegna.com/tegnas-true-crime-network-launches-ott-app-for-amazon-fire-tv-apple-tv-chromecast-ios-and-android/

[2] https://www.tegna.com/tegnas-true-crime-network-launches-ott-app-for-amazon-fire-tv-apple-tv-chromecast-ios-and-android/

Apple TV, Chromecast, iOS, and Android.[3] True Crime Network subscribers can download True Crime Network apps to their mobile devices from Apple's App Store, and Google Play Store.[4]

14. Subscribers can avail True Crime Network as a 24/7 broadcast television network that entertains & informs its viewers with gripping crime and investigation programming while making communities safer with free of cost video content.,[5]

15. True Crime Network streams videos using a network(s) of servers ("True Crime Network Streaming Platform"). True Crime Network uses HTTP Live Streaming (HLS) protocol to stream video content. HLS is HTTP-based adaptive bitrate streaming techniques that enable high quality streaming of media content over the Internet from web servers. The operation of HLS is described in standards documents.[6]

16. With HLS, a video may be broken up into thousands of small HTTP-based file segments. Each segment contains a short interval of playback time of the video. The segments are encoded at a variety of different bit rates (speeds). After a video is selected to be streamed, the media player on the subscriber device is provided with a file that

---

[3] https://www.tegna.com/tegnas-true-crime-network-launches-ott-app-for-amazon-fire-tv-apple-tv-chromecast-ios-and-android/

[4] https://apps.apple.com/us/app/true-crime-network/id1516723027
https://play.google.com/store/apps/details?id=tgna.justicenetwork.com&hl=en_US&gl=US

[5] https://www.tegna.com/tegnas-true-crime-network-launches-ott-app-for-amazon-fire-tv-apple-tv-chromecast-ios-and-android/

[6] The MPEG-DASH standard is available at https://www.iso.org/ics/35.040.40/x/. A copy of the HLS standard is attached hereto as Exhibit 13.

informs the player, amongst other things, how to obtain the segments sequentially and how to handle ad breaks (if any). As the video is playing, the subscriber device determines the bit rate that it can handle and requests a segment(s) encoded at that bit rate. The player plays the segments in sequential order and continuously requests segments until the player has received all of the segments that make up the video.

## THE PATENTS-IN-SUIT

### United States Patent No. 7,054,949

17. On May 30, 2006, the USPTO duly and legally issued United States Patent No. 7,054,949 ("the '949 patent") entitled "System and Method for Streaming Media" to inventor Charles A. Jennings et al. The '949 patent is attached as Exhibit 1.

18. The '949 patent is presumed valid under 35 U.S.C. § 282.

19. SITO Mobile R&D IP, LLC owns all rights, title and interest in the '949 patent.

20. SITO Mobile, Ltd maintains equitable title over the '949 patent as SITO Mobile R&D IP, LLC is a wholly-owned subsidiary of SITO Mobile, Ltd. As part of this ownership, SITO Mobile, Ltd. exercises complete control over SITO Mobile R&D IP, LLC, including control over all of SITO Mobile R&D IP, LLC's business decisions and SITO Mobile R&D IP, LLC's patent enforcement, assignment, and licensing policies.

21. Because of the structure of this corporate relationship and SITO Mobile, Ltd.'s complete control over SITO Mobile R&D IP, LLC's patent licensing and enforcement policies, SITO Mobile, Ltd. has and has had control over the '949 patent and has enjoyed exclusive rights thereunder.

**United States Patent No. 7,689,706**

22. On March 30, 2010, the USPTO duly and legally issued United States Patent No. 7,689,706 ("the '706 patent") entitled "System and Method for Streaming Media" to inventor Charles A. Jennings et al. The '706 patent is attached as Exhibit 2.

23. The '706 patent is presumed valid under 35 U.S.C. § 282.

24. SITO Mobile R&D IP, LLC owns all rights, title and interest in the '706 patent.

25. SITO Mobile, Ltd maintains equitable title over the '706 patent as SITO Mobile R&D IP, LLC is a wholly-owned subsidiary of SITO Mobile, Ltd. As part of this ownership, SITO Mobile, Ltd. exercises complete control over SITO Mobile R&D IP, LLC, including control over all of SITO Mobile R&D IP, LLC's business decisions and SITO Mobile R&D IP, LLC's patent enforcement, assignment, and licensing policies.

26. Because of the structure of this corporate relationship and SITO Mobile, Ltd.'s complete control over SITO Mobile R&D IP, LLC's patent licensing and enforcement policies, SITO Mobile, Ltd. has and has had control over the '706 patent and has enjoyed exclusive rights thereunder.

**United States Patent No. 8,825,887**

27. On September 2, 2014, the USPTO duly and legally issued United States Patent No. 8,825,887 ("the '887 patent") entitled "System and Method for Streaming Media" to inventor Charles A. Jennings et al. The '887 patent is attached as Exhibit 3.

28. The '887 patent is presumed valid under 35 U.S.C. § 282.

29. SITO Mobile R&D IP, LLC owns all rights, title and interest in the ‘887 patent.

30. SITO Mobile, Ltd maintains equitable title over the ‘887 patent as SITO Mobile R&D IP, LLC is a wholly-owned subsidiary of SITO Mobile, Ltd. As part of this ownership, SITO Mobile, Ltd. exercises complete control over SITO Mobile R&D IP, LLC, including control over all of SITO Mobile R&D IP, LLC's business decisions and SITO Mobile R&D IP, LLC's patent enforcement, assignment, and licensing policies.

31. Because of the structure of this corporate relationship and SITO Mobile, Ltd.'s complete control over SITO Mobile R&D IP, LLC's patent licensing and enforcement policies, SITO Mobile, Ltd. has and has had control over the ‘887 patent and has enjoyed exclusive rights thereunder.

**<u>United States Patent No. 9,026,673</u>**

32. On May 5, 2015, the USPTO duly and legally issued United States Patent No. 9,026,673 (“the ’673 patent”) entitled “System and Method for Routing Media” to inventor Charles A. Jennings et al. The ‘673 patent is attached as Exhibit 4.

33. The ’673 patent is presumed valid under 35 U.S.C. § 282.

34. SITO Mobile R&D IP, LLC owns all rights, title and interest in the ’673 patent.

35. SITO Mobile, Ltd maintains equitable title over the ’673 patent as SITO Mobile R&D IP, LLC is a wholly-owned subsidiary of SITO Mobile, Ltd. As part of this ownership, SITO Mobile, Ltd. exercises complete control over SITO Mobile R&D IP,

LLC, including control over all of SITO Mobile R&D IP, LLC's business decisions and SITO Mobile R&D IP, LLC's patent enforcement, assignment, and licensing policies.

36. Because of the structure of this corporate relationship and SITO Mobile, Ltd.'s complete control over SITO Mobile R&D IP, LLC's patent licensing and enforcement policies, SITO Mobile, Ltd. has and has had control over the '673 patent and has enjoyed exclusive rights thereunder.

**United States Patent No. 9,135,635**

37. On September 15, 2015, the USPTO duly and legally issued United States Patent No. 9,135,635 ("the '635 patent") entitled "System and Method for Routing Media" to inventor Charles A. Jennings et al. The '635 patent is attached as Exhibit 5.

38. The '635 patent is presumed valid under 35 U.S.C. § 282.

39. SITO Mobile R&D IP, LLC owns all rights, title and interest in the '635 patent.

40. SITO Mobile, Ltd maintains equitable title over the '635 patent as SITO Mobile R&D IP, LLC is a wholly-owned subsidiary of SITO Mobile, Ltd. As part of this ownership, SITO Mobile, Ltd. exercises complete control over SITO Mobile R&D IP, LLC, including control over all of SITO Mobile R&D IP, LLC's business decisions and SITO Mobile R&D IP, LLC's patent enforcement, assignment, and licensing policies.

41. Because of the structure of this corporate relationship and SITO Mobile, Ltd.'s complete control over SITO Mobile R&D IP, LLC's patent licensing and

enforcement policies, SITO Mobile, Ltd. has and has had control over the ’635 patent and has enjoyed exclusive rights thereunder.

**United States Patent No. 9,135,636**

42. On September 15, 2015, the USPTO duly and legally issued United States Patent No. 9,135,636 (“the ’636 patent”) entitled “System and Method for Routing Media” to inventor Charles A. Jennings et al. The ‘636 patent is attached as Exhibit 6.

43. The ’636 patent is presumed valid under 35 U.S.C. § 282.

44. SITO Mobile R&D IP, LLC owns all rights, title and interest in the ‘636 patent.

45. SITO Mobile, Ltd maintains equitable title over the ‘636 patent as SITO Mobile R&D IP, LLC is a wholly-owned subsidiary of SITO Mobile, Ltd. As part of this ownership, SITO Mobile, Ltd. exercises complete control over SITO Mobile R&D IP, LLC, including control over all of SITO Mobile R&D IP, LLC’s business decisions and SITO Mobile R&D IP, LLC’s patent enforcement, assignment, and licensing policies.

46. Because of the structure of this corporate relationship and SITO Mobile, Ltd.’s complete control over SITO Mobile R&D IP, LLC’s patent licensing and enforcement policies, SITO Mobile, Ltd. has and has had control over the ‘636 patent and has enjoyed exclusive rights thereunder.

**United States Patent No. 9,350,777**

47. On May 24, 2016, the USPTO duly and legally issued United States Patent No. 9,350,777 ("the '777 patent") entitled "System and Method for Routing Media" to inventor Charles A. Jennings et al. The '777 patent is attached as Exhibit 7.

48. The '777 patent is presumed valid under 35 U.S.C. § 282.

49. SITO Mobile R&D IP, LLC owns all rights, title and interest in the '777 patent.

50. SITO Mobile, Ltd maintains equitable title over the '777 patent as SITO Mobile R&D IP, LLC is a wholly-owned subsidiary of SITO Mobile, Ltd. As part of this ownership, SITO Mobile, Ltd. exercises complete control over SITO Mobile R&D IP, LLC, including control over all of SITO Mobile R&D IP, LLC's business decisions and SITO Mobile R&D IP, LLC's patent enforcement, assignment, and licensing policies.

51. Because of the structure of this corporate relationship and SITO Mobile, Ltd.'s complete control over SITO Mobile R&D IP, LLC's patent licensing and enforcement policies, SITO Mobile, Ltd. has and has had control over the '777 patent and has enjoyed exclusive rights thereunder.

**United States Patent No. 9,380,088**

52. On June 28, 2016, the USPTO duly and legally issued United States Patent No. 9,380,088 ("the '088 patent") entitled "System and Method for Routing Media" to inventor Charles A. Jennings et al. The '088 patent is attached as Exhibit 8.

53. The '088 patent is presumed valid under 35 U.S.C. § 282.

54. SITO Mobile R&D IP, LLC owns all rights, title and interest in the '088 patent.

55. SITO Mobile, Ltd maintains equitable title over the '088 patent as SITO Mobile R&D IP, LLC is a wholly-owned subsidiary of SITO Mobile, Ltd. As part of this ownership, SITO Mobile, Ltd. exercises complete control over SITO Mobile R&D IP, LLC, including control over all of SITO Mobile R&D IP, LLC's business decisions and SITO Mobile R&D IP, LLC's patent enforcement, assignment, and licensing policies.

56. Because of the structure of this corporate relationship and SITO Mobile, Ltd.'s complete control over SITO Mobile R&D IP, LLC's patent licensing and enforcement policies, SITO Mobile, Ltd. has and has had control over the '088 patent and has enjoyed exclusive rights thereunder.

**United States Patent No. 9,591,360**

57. On March 7, 2017, the USPTO duly and legally issued United States Patent No. 9,591,360 ("the '360 patent") entitled "System and Method for Routing Media" to inventor Charles A. Jennings et al. The '360 patent is attached as Exhibit 9.

58. The '360 patent is presumed valid under 35 U.S.C. § 282.

59. SITO Mobile R&D IP, LLC owns all rights, title and interest in the '360 patent.

60. SITO Mobile, Ltd maintains equitable title over the '360 patent as SITO Mobile R&D IP, LLC is a wholly-owned subsidiary of SITO Mobile, Ltd. As part of this ownership, SITO Mobile, Ltd. exercises complete control over SITO Mobile R&D IP,

LLC, including control over all of SITO Mobile R&D IP, LLC's business decisions and SITO Mobile R&D IP, LLC's patent enforcement, assignment, and licensing policies.

61. Because of the structure of this corporate relationship and SITO Mobile, Ltd.'s complete control over SITO Mobile R&D IP, LLC's patent licensing and enforcement policies, SITO Mobile, Ltd. has and has had control over the '360 patent and has enjoyed exclusive rights thereunder.

**United States Patent No. 9,756,362**

62. On September 5, 2017, the USPTO duly and legally issued United States Patent No. 9,756,362 ("the '362 patent") entitled "System and Method for Routing Media" to inventor Charles A. Jennings et al. The '362 patent is attached as Exhibit 10.

63. The '362 patent is presumed valid under 35 U.S.C. § 282.

64. SITO Mobile R&D IP, LLC owns all rights, title and interest in the '362 patent.

65. SITO Mobile, Ltd maintains equitable title over the '362 patent as SITO Mobile R&D IP, LLC is a wholly-owned subsidiary of SITO Mobile, Ltd. As part of this ownership, SITO Mobile, Ltd. exercises complete control over SITO Mobile R&D IP, LLC, including control over all of SITO Mobile R&D IP, LLC's business decisions and SITO Mobile R&D IP, LLC's patent enforcement, assignment, and licensing policies.

66. Because of the structure of this corporate relationship and SITO Mobile, Ltd.'s complete control over SITO Mobile R&D IP, LLC's patent licensing and

enforcement policies, SITO Mobile, Ltd. has and has had control over the ’362 patent and has enjoyed exclusive rights thereunder.

**United States Patent No. 10,009,637**

67. On June 26, 2018, the USPTO duly and legally issued United States Patent No. 10,009,637 (“the ’637 patent”) entitled “System and Method for Routing Media” to inventor Charles A. Jennings et al. The ‘637 patent is attached as Exhibit 11.

68. The ’637 patent is presumed valid under 35 U.S.C. § 282.

69. SITO Mobile R&D IP, LLC owns all rights, title and interest in the ’637 patent.

70. SITO Mobile, Ltd maintains equitable title over the ’637 patent as SITO Mobile R&D IP, LLC is a wholly-owned subsidiary of SITO Mobile, Ltd. As part of this ownership, SITO Mobile, Ltd. exercises complete control over SITO Mobile R&D IP, LLC, including control over all of SITO Mobile R&D IP, LLC’s business decisions and SITO Mobile R&D IP, LLC’s patent enforcement, assignment, and licensing policies.

71. Because of the structure of this corporate relationship and SITO Mobile, Ltd.’s complete control over SITO Mobile R&D IP, LLC’s patent licensing and enforcement policies, SITO Mobile, Ltd. has and has had control over the ’637 patent and has enjoyed exclusive rights thereunder.

**United States Patent No. 10,171,846**

72. On January 1, 2019, the USPTO duly and legally issued United States Patent No. 10,171,846 ("the '846 patent") entitled "System and Method for Routing Media" to inventor Charles A. Jennings et al. The '846 patent is attached as Exhibit 12.

73. The '846 patent is presumed valid under 35 U.S.C. § 282.

74. SITO Mobile R&D IP, LLC owns all rights, title and interest in the '846 patent.

75. SITO Mobile, Ltd maintains equitable title over the '846 patent as SITO Mobile R&D IP, LLC is a wholly-owned subsidiary of SITO Mobile, Ltd. As part of this ownership, SITO Mobile, Ltd. exercises complete control over SITO Mobile R&D IP, LLC, including control over all of SITO Mobile R&D IP, LLC's business decisions and SITO Mobile R&D IP, LLC's patent enforcement, assignment, and licensing policies.

76. Because of the structure of this corporate relationship and SITO Mobile, Ltd.'s complete control over SITO Mobile R&D IP, LLC's patent licensing and enforcement policies, SITO Mobile, Ltd. has and has had control over the '846 patent and has enjoyed exclusive rights thereunder.

## CLAIMS FOR RELIEF

### Count I – Infringement of United States Patent No. 7,054,949

77. SITO alleges, and incorporates by reference, as if fully set forth here, the preceding paragraphs of this Complaint.

78. True Crime Network directly infringes (literally and/or under the doctrine of equivalents) the '949 patent by using the method covered by at least claim 49 of the '949 patent.

79. On information and belief, and without SITO's approval, authorization and license, True Crime Network owns, controls, operates and uses a system for streaming media that includes the True Crime Network Streaming Platform, as well as other True Crime Network networks, systems, devices, components and/or services for streaming media, that practices and infringes the media streaming method recited in at least claim 49 of the '949 patent.

80. The True Crime Network Streaming Platform performs a method of streaming video as demonstrated by the example provided below:




*See e.g.*, https://www.truecrimenetworktv.com/

81. The True Crime Network Streaming Platform receives a request (*e.g.*, GET request) for media (*e.g.*, television program) and in response builds a reservation having a reservation identification (*e.g.*, Etag, session tokens) for the request as demonstrated by the example provided below:






*See e.g.*, https://www.truecrimenetworktv.com/

82. The True Crime Network Streaming Platform receives, at a routing processor identification, reservation data comprising a valid reservation identification (*e.g.*, Etag, session token) and a media identification (*e.g.*, file name) and determining if a media switch (*e.g.*, CDN server/cache) is configured to stream media for the request as demonstrated by the example provided below:


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
mp
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00001.ts 1.8821e903.chunk... mp2t 149.40 KB 148.71 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00002.ts 1.8821e903.chunk... mp2t 149.40 KB 148.71 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00003.ts 1.8821e903.chunk... mp2t 146.64 KB 145.96 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00004.ts 1.8821e903.chunk... mp2t 170.51 KB 169.82 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00005.ts 1.8821e903.chunk... mp2t 176.20 KB 175.52 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00006.ts 1.8821e903.chunk... mp2t 130.67 KB 129.98 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00007.ts 1.8821e903.chunk... mp2t 128.83 KB 128.15 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00008.ts 1.8821e903.chunk... mp2t 152.52 KB 151.83 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00009.ts 1.8821e903.chunk... mp2t 176.93 KB 176.25 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00010.ts 1.8821e903.chunk... mp2t 144.81 KB 144.12 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00011.ts 1.8821e903.chunk... mp2t 143.34 KB 142.65 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00012.ts 1.8821e903.chunk... mp2t 147.56 KB 146.88 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00013.ts 1.8821e903.chunk... mp2t 165.18 KB 164.50 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00014.ts 1.8821e903.chunk... mp2t 145.54 KB 144.86 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00015.ts 1.8821e903.chunk... mp2t 186.11 KB 185.43 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00016.ts 1.8821e903.chunk... mp2t 133.79 KB 133.11 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00017.ts 1.8821e903.chunk... mp2t 154.35 KB 153.67 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00018.ts 1.8821e903.chunk... mp2t 134.89 KB 134.21 KB
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
GET
Scheme: https
Host: cdn-ue1-prod.tsv2.amagi.tv
Filename: /tm/1748002a7c5f50a5e76423ca32f5fb44fdb69c58/ywugkfa52zcu7lodh7tahxmg62iq2om p/asset_270_0_1_00007.ts
Address: 13.249.74.5:443
Status 200 OK
Version HTTP/2
Transferred 128.83 KB (128.15 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (701 B)
Raw
accept-ranges: bytes
access-control-allow-methods: GET, HEAD
access-control-allow-origin: *
access-control-max-age: 30
content-length: 131224
content-type: video/MP2T
date: Tue, 16 Nov 2021 06:17:10 GMT
etag: "187ac679231244115efd9358a191cf51"
last-modified: Tue, 05 Oct 2021 05:07:26 GMT


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
mp
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00001.ts 1.8821e903.chunk... mp2t 149.40 KB 148.71 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00002.ts 1.8821e903.chunk... mp2t 149.40 KB 148.71 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00003.ts 1.8821e903.chunk... mp2t 146.64 KB 145.96 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00004.ts 1.8821e903.chunk... mp2t 170.51 KB 169.82 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00005.ts 1.8821e903.chunk... mp2t 176.20 KB 175.52 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00006.ts 1.8821e903.chunk... mp2t 130.67 KB 129.98 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00007.ts 1.8821e903.chunk... mp2t 128.83 KB 128.15 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00008.ts 1.8821e903.chunk... mp2t 152.52 KB 151.83 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00009.ts 1.8821e903.chunk... mp2t 176.93 KB 176.25 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00010.ts 1.8821e903.chunk... mp2t 144.81 KB 144.12 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00011.ts 1.8821e903.chunk... mp2t 143.34 KB 142.65 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00012.ts 1.8821e903.chunk... mp2t 147.56 KB 146.88 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00013.ts 1.8821e903.chunk... mp2t 165.18 KB 164.50 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00014.ts 1.8821e903.chunk... mp2t 145.54 KB 144.86 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00015.ts 1.8821e903.chunk... mp2t 186.11 KB 185.43 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00016.ts 1.8821e903.chunk... mp2t 133.79 KB 133.11 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00017.ts 1.8821e903.chunk... mp2t 154.35 KB 153.67 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00018.ts 1.8821e903.chunk... mp2t 134.89 KB 134.21 KB
168 requests 20.07 MB / 13.36 MB transferred Finish: 299.42 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
last-modified: Tue, 05 Oct 2021 05:07:26 GMT
server: AmazonS3
vary: Origin,Access-Control-Request-Headers,Access-Control-Request-Method
via: 1.1 96d0283550ff5846d6be99559a571465.cloudfront.net (CloudFront), 1.1 5f1f38c95605e94 27bedb183f565ce23.cloudfront.net (CloudFront)
x-amz-cf-id: txhwf-SeXEk7KUd0BAddGgNe2-POxOKsUQ4SNVGd5mWAEJFArJ1jtQ==
x-amz-cf-pop: YTO50-C3
x-amz-cf-pop: DFW53-C1
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (516 B)
Raw
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0

media) to the media switch (*e.g.*, Media streaming servers, CDN server/cache) if the media switch is configured, at least initially, to stream media (*e.g.*, television program) for the request (*e.g.*, GET request) as demonstrated by the example provided below:






*See e.g.*, https://www.truecrimenetworktv.com/

84. On information and belief, True Crime Network's uses a CDN, CloudFront, to receive the reservation identification (*e.g.*, Etag, session tokens) at the media switch (*e.g.*, media streaming servers, CDN server/cache) as demonstrated by the example provided below:




Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
mp
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00001.ts 1.8821e903.chunk... mp2t 149.40 KB 148.71 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00002.ts 1.8821e903.chunk... mp2t 149.40 KB 148.71 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00003.ts 1.8821e903.chunk... mp2t 146.64 KB 145.96 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00004.ts 1.8821e903.chunk... mp2t 170.51 KB 169.82 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00005.ts 1.8821e903.chunk... mp2t 176.20 KB 175.52 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00006.ts 1.8821e903.chunk... mp2t 130.67 KB 129.98 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00007.ts 1.8821e903.chunk... mp2t 128.83 KB 128.15 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00008.ts 1.8821e903.chunk... mp2t 152.52 KB 151.83 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00009.ts 1.8821e903.chunk... mp2t 176.93 KB 176.25 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00010.ts 1.8821e903.chunk... mp2t 144.81 KB 144.12 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00011.ts 1.8821e903.chunk... mp2t 143.34 KB 142.65 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00012.ts 1.8821e903.chunk... mp2t 147.56 KB 146.88 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00013.ts 1.8821e903.chunk... mp2t 165.18 KB 164.50 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00014.ts 1.8821e903.chunk... mp2t 145.54 KB 144.86 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00015.ts 1.8821e903.chunk... mp2t 186.11 KB 185.43 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00016.ts 1.8821e903.chunk... mp2t 133.79 KB 133.11 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00017.ts 1.8821e903.chunk... mp2t 154.35 KB 153.67 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00018.ts 1.8821e903.chunk... mp2t 134.89 KB 134.21 KB
168 requests 20.07 MB / 13.36 MB transferred Finish: 299.42 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
last-modified: Tue, 05 Oct 2021 05:07:26 GMT
server: AmazonS3
vary: Origin,Access-Control-Request-Headers,Access-Control-Request-Method
via: 1.1 96d0283550ff5846d6be99559a571465.cloudfront.net (CloudFront), 1.1 5f1f38c95605e94 27bedb183f565ce23.cloudfront.net (CloudFront)
x-amz-cf-id: txhwf-SeXEk7KUd0BAddGgNe2-POxOKsUQ4SNVGd5mWAEJFArJ1jtQ==
x-amz-cf-pop: YTO50-C3
x-amz-cf-pop: DFW53-C1
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (516 B)
Raw
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0


Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
mp
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00001.ts 1.8821e903.chunk... mp2t 149.40 KB 148.71 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00002.ts 1.8821e903.chunk... mp2t 149.40 KB 148.71 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00003.ts 1.8821e903.chunk... mp2t 146.64 KB 145.96 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00004.ts 1.8821e903.chunk... mp2t 170.51 KB 169.82 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00005.ts 1.8821e903.chunk... mp2t 176.20 KB 175.52 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00006.ts 1.8821e903.chunk... mp2t 130.67 KB 129.98 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00007.ts 1.8821e903.chunk... mp2t 128.83 KB 128.15 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00008.ts 1.8821e903.chunk... mp2t 152.52 KB 151.83 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00009.ts 1.8821e903.chunk... mp2t 176.93 KB 176.25 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00010.ts 1.8821e903.chunk... mp2t 144.81 KB 144.12 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00011.ts 1.8821e903.chunk... mp2t 143.34 KB 142.65 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00012.ts 1.8821e903.chunk... mp2t 147.56 KB 146.88 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00013.ts 1.8821e903.chunk... mp2t 165.18 KB 164.50 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00014.ts 1.8821e903.chunk... mp2t 145.54 KB 144.86 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00015.ts 1.8821e903.chunk... mp2t 186.11 KB 185.43 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00016.ts 1.8821e903.chunk... mp2t 133.79 KB 133.11 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00017.ts 1.8821e903.chunk... mp2t 154.35 KB 153.67 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00018.ts 1.8821e903.chunk... mp2t 134.89 KB 134.21 KB
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
GET https://cdn-ue1-prod.tsv2.amagi.tv/tm/1748002a7c5f50a5e76423ca32f5fb44fdb69c58/ywugkfa 52zcu7lodh7tahxmg62iq2omp/asset_270_0_1_00012.ts
Status 200 OK
Version HTTP/2
Transferred 147.56 KB (146.88 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (701 B)
Raw
accept-ranges: bytes
access-control-allow-methods: GET, HEAD
access-control-allow-origin: *
access-control-max-age: 30
content-length: 150400
content-type: video/MP2T
date: Tue, 16 Nov 2021 06:17:17 GMT
etag: "c21041183c3e954857e7c7aa33cd902b"
last-modified: Tue, 05 Oct 2021 05:07:31 GMT
server: AmazonS3
vary: Origin,Access-Control-Request-Headers,Access-Control-Request-Method
via: 1.1 19c21bc68d3470393eb071798c06b915.cloudfront.net (CloudFront), 1.1 5f1f38c95605e9 427bedb183f565ce23.cloudfront.net (CloudFront)
x-amz-cf-id: c15B4SKsrVcU2vqPQ0SmI7k2az7Ak-x8sG1E7YNcJz09r1_iMlmwxA==




85. The True Crime Network streaming platform causes and requires CloudFront (*e.g.*, CDN) to process the reservation identification and the reservation data to determine if the reservation identification (*e.g.*, Etag) is valid.


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
mp
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00001.ts 1.8821e903.chunk... mp2t 149.40 KB 148.71 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00002.ts 1.8821e903.chunk... mp2t 149.40 KB 148.71 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00003.ts 1.8821e903.chunk... mp2t 146.64 KB 145.96 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00004.ts 1.8821e903.chunk... mp2t 170.51 KB 169.82 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00005.ts 1.8821e903.chunk... mp2t 176.20 KB 175.52 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00006.ts 1.8821e903.chunk... mp2t 130.67 KB 129.98 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00007.ts 1.8821e903.chunk... mp2t 128.83 KB 128.15 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00008.ts 1.8821e903.chunk... mp2t 152.52 KB 151.83 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00009.ts 1.8821e903.chunk... mp2t 176.93 KB 176.25 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00010.ts 1.8821e903.chunk... mp2t 144.81 KB 144.12 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00011.ts 1.8821e903.chunk... mp2t 143.34 KB 142.65 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00012.ts 1.8821e903.chunk... mp2t 147.56 KB 146.88 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00013.ts 1.8821e903.chunk... mp2t 165.18 KB 164.50 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00014.ts 1.8821e903.chunk... mp2t 145.54 KB 144.86 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00015.ts 1.8821e903.chunk... mp2t 186.11 KB 185.43 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00016.ts 1.8821e903.chunk... mp2t 133.79 KB 133.11 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00017.ts 1.8821e903.chunk... mp2t 154.35 KB 153.67 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00018.ts 1.8821e903.chunk... mp2t 134.89 KB 134.21 KB
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
GET https://cdn-ue1-prod.tsv2.amagi.tv/tm/1748002a7c5f50a5e76423ca32f5fb44fdb69c58/ywugkfa52zcu7lodh7tahxmg62iq2omp/asset_270_0_1_00012.ts
Status 200 OK
Version HTTP/2
Transferred 147.56 KB (146.88 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (701 B)
Raw
accept-ranges: bytes
access-control-allow-methods: GET, HEAD
access-control-allow-origin: *
access-control-max-age: 30
content-length: 150400
content-type: video/MP2T
date: Tue, 16 Nov 2021 06:17:17 GMT
etag: "c21041183c3e954857e7c7aa33cd902b"
last-modified: Tue, 05 Oct 2021 05:07:31 GMT
server: AmazonS3
vary: Origin,Access-Control-Request-Headers,Access-Control-Request-Method
via: 1.1 19c21bc68d3470393eb071798c06b915.cloudfront.net (CloudFront), 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amz-cf-id: c15B4SKsrVcU2vqPQ0SmI7k2az7Ak-x8sG1E7YNcJz09r1_iMlmwxA==


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
mp
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00001.ts 1.8821e903.chunk... mp2t 149.40 KB 148.71 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00002.ts 1.8821e903.chunk... mp2t 149.40 KB 148.71 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00003.ts 1.8821e903.chunk... mp2t 146.64 KB 145.96 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00004.ts 1.8821e903.chunk... mp2t 170.51 KB 169.82 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00005.ts 1.8821e903.chunk... mp2t 176.20 KB 175.52 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00006.ts 1.8821e903.chunk... mp2t 130.67 KB 129.98 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00007.ts 1.8821e903.chunk... mp2t 128.83 KB 128.15 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00008.ts 1.8821e903.chunk... mp2t 152.52 KB 151.83 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00009.ts 1.8821e903.chunk... mp2t 176.93 KB 176.25 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00010.ts 1.8821e903.chunk... mp2t 144.81 KB 144.12 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00011.ts 1.8821e903.chunk... mp2t 143.34 KB 142.65 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00012.ts 1.8821e903.chunk... mp2t 147.56 KB 146.88 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00013.ts 1.8821e903.chunk... mp2t 165.18 KB 164.50 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00014.ts 1.8821e903.chunk... mp2t 145.54 KB 144.86 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00015.ts 1.8821e903.chunk... mp2t 186.11 KB 185.43 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00016.ts 1.8821e903.chunk... mp2t 133.79 KB 133.11 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00017.ts 1.8821e903.chunk... mp2t 154.35 KB 153.67 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00018.ts 1.8821e903.chunk... mp2t 134.89 KB 134.21 KB
170 requests 20.08 MB / 13.36 MB transferred Finish: 301.93 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
last-modified: Tue, 05 Oct 2021 05:07:31 GMT
server: AmazonS3
vary: Origin,Access-Control-Request-Headers,Access-Control-Request-Method
via: 1.1 19c21bc68d3470393eb071798c06b915.cloudfront.net (CloudFront), 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amz-cf-id: c15B4SKsrVcU2vqPQ0SmI7k2az7Ak-x8sG1E7YNcJz09r1_iMlmwxA==
x-amz-cf-pop: YTO50-C3
x-amz-cf-pop: DFW53-C1
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (516 B)
Raw
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
Headers
Cookies
Request
Response
Timings
Stack Trace
Security
GET
Scheme: https
Host: cdn-ue1-prod.tsv2.amagi.tv
Filename: /tm/1748002a7c5f50a5e76423ca32f5fb44fdb69c58/ywugkfa52zcu7lodh7tahxmg62iq2om p/asset_270_0_1_00007.ts
Address: 13.249.74.5:443
Status 200 OK
Version HTTP/2
Transferred 128.83 KB (128.15 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (701 B)
accept-ranges: bytes
access-control-allow-methods: GET, HEAD
access-control-allow-origin: *
access-control-max-age: 30
content-length: 131224
content-type: video/MP2T
date: Tue, 16 Nov 2021 06:17:10 GMT
etag: "187ac679231244115efd9358a191cf51"
last-modified: Tue, 05 Oct 2021 05:07:26 GMT


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
Headers
Cookies
Request
Response
Timings
Stack Trace
Security
last-modified: Tue, 05 Oct 2021 05:07:26 GMT
server: AmazonS3
vary: Origin,Access-Control-Request-Headers,Access-Control-Request-Method
via: 1.1 96d0283550ff5846d6be99559a571465.cloudfront.net (CloudFront), 1.1 5f1f38c95605e94 27bedb183f565ce23.cloudfront.net (CloudFront)
x-amz-cf-pop: YTO50-C3
x-amz-cf-pop: DFW53-C1
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (516 B)
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0
168 requests
20.07 MB / 13.36 MB transferred
Finish: 299.42 min

87. SITO has been damaged by the direct infringement of True Crime Network, and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

**Count II – Infringement of United States Patent No. 7,689,706**

88. SITO alleges, and incorporates by reference, as if fully set forth here, the preceding paragraphs of this Complaint.

89. True Crime Network directly infringes (literally and/or under the doctrine of equivalents) the '706 patent by using the method covered by at least claim 5 of the '706 patent.

90. On information and belief, and without SITO's approval, authorization and license, True Crime Network owns, controls, operates and uses a system for streaming media that includes the True Crime Network Streaming Platform, as well as other True Crime Network networks, systems, devices, components and/or services for streaming media, that practices and infringes the media streaming method recited in at least claim 5 of the '706 patent.

91. The True Crime Network Streaming Platform performs a method of streaming video as demonstrated by the example provided below:




92. On information and belief, the True Crime Network Streaming Platform receives at a service processor (*e.g.*, True Crime Network server(s)), media (*e.g.*, television program), at least one media rule (*e.g.*, geographic restriction on content) indicating at least one of a plurality of media switches (*e.g.*, edge servers or Media distribution servers) to which the media is to be distributed, and at least one order rule (*e.g.*, revenue sharing) indicating settlement for streamed media as demonstrated by the example provided below:



93. On information and belief, The True Crime Network Streaming Platform distributes the media from the service processor (*e.g.*, True Crime Network server(s)) to the at least one media switch (*e.g.*, edge servers or media distribution servers) according to the media rule (*e.g.*, Geographic Restriction on content) as demonstrated by the example provided below:




94. On information and belief, the True Crime Network Streaming Platform transmits a media identification for the media and the order rule to the at least one media.

95. On information and belief, the True Crime Network Streaming Platform receives signaling from a viewer (*e.g.*, Client Device) at a management system (*e.g.*, True Crime Network Server(s)), the signaling comprising the media request (*e.g.*, GET request) that identifies a requested media as demonstrated by the example provided below:







96. On information and belief, the True Crime Network Streaming Platform builds a reservation (*e.g.*, connection, session) for the requested media at a reservation

server (*e.g.*, Reservation module running on True Crime Network server(s)), the reservation comprising a reservation identification (*e.g.*, Etag, session token, etc.) and the media identification (*e.g.*, Filename) for the requested media as demonstrated by the example provided below:






*See e.g.*, https://www.truecrimenetworktv.com/.

97. On information and belief, The True Crime Network Streaming Platform receives at least one information block identifying the reservation identification (*e.g.*, Etag, session token, etc.) and identifies streaming for at least some of the requested media from the at least one media switch (*e.g.*, media streaming server) to the viewer (*e.g.*, client device).

98. On information and belief, the True Crime Network Streaming Platform processes the information block with the reservation identification (*e.g.*, Etag, session token, etc.) and according to the order rule (*e.g.*, Revenue Sharing) to generate a settlement record as demonstrated by the example provided below:







*See e.g.*, https://www.truecrimenetworktv.com/.

99. SITO has been damaged by the direct infringement of True Crime Network, and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

**Count III – Infringement of United States Patent No. 8,825,887**

100. SITO alleges, and incorporates by reference, as if fully set forth here, the preceding paragraphs of this Complaint.

101. True Crime Network directly infringes (literally and/or under the doctrine of equivalents) the ’887 patent by using the method covered by at least claim 39 of the ’887 patent.

102. On information and belief, and without SITO’s approval, authorization and license, True Crime Network owns, controls, operates and uses a system for streaming media that includes the True Crime Network Streaming Platform, as well as other True Crime Network networks, systems, devices, components and/or services for streaming media, that practices and infringes the media streaming method recited in at least claim 39 of the ‘887 patent.

103. The True Crime Network Streaming Platform performs a method of streaming video as demonstrated by the example provided below:




*See e.g.*, https://www.truecrimenetworktv.com

104. The True Crime Network Streaming Platform receives, by at least one computing device (*e.g.*, server(s)) via a communication network (*e.g.*, the Internet), a request (*e.g.*, GET request) for media (*e.g.*, television program) from at least one communication device (*e.g.*, client device such as a personal computer, mobile device, and/or television) capable of using instructions (*e.g.*, contained within an M3U8 file(s)) received from the at least one computing device to obtain at least one portion of the requested media using at least one resource (*e.g.*, streaming server(s)) other than the at least one computing device as demonstrated by the example provided below:







*See e.g.*, https://www.truecrimenetworktv.com/

105. The True Crime Network Streaming Platform identifies, at the at least one computing device (*e.g.*, True Crime Network server(s), such as

https://www.truecrimenetworktv.com/), whether the requested media (*e.g.*, television program) is available for streaming to the at least one communication device (*e.g.*, client device, such as a personal computer, mobile device, television) in accordance with at least one program as demonstrated by the examples provided below:




Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
date: Tue, 16 Nov 2021 06:09:16 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956803:ip-192-173-56-206:2915:kvrbtxkc64567
x-amz-cf-id: v4bXgSieiXcCGUb5FSz5dwJCUCn1LAnDpooT57X17ftNU8F-4AZHQQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: d4c26551-a81f-4f12-87a1-979e04bba92a
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (742 B)
Raw
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0
6 requests
634.36 KB / 20.69 KB transferred
Finish: 5.56 min


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
GET https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c-51e5-46b0-8a81-1a3ab7e5d323/4.m3u8
Status 200 OK
Version HTTP/2
Transferred 4.02 KB (129.92 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (716 B)
Raw
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=2, must-revalidate
content-encoding: gzip
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCl7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
6 requests
634.36 KB / 20.69 KB transferred
Finish: 14.85 min




*See e.g.*, https://www.truecrimenetworktv.com

106. The True Crime Network Streaming Platform generates, at the at least one computing device (*e.g.*, True Crime Network server(s), such as https://www.truecrimenetworktv.com/) based on the at least one program, one or more capabilities (*e.g.*, type of communication device, operating system, browser, and/or media player) of the communication device, and at least one characteristic associated with a user of the communication device, (i) at least one list (*e.g.*, M3U8 playlist) identifying at least a portion of the requested media (*e.g.*, television program), (ii) at least one identification (*e.g.*, host name) of the at least one resource (*e.g.*, media streaming server(s)) other than the at least one computing device (*e.g.*, True Crime Network server(s), such as https://www.truecrimenetworktv.com/) available to facilitate streaming of the at least one portion of the requested media, and (iii) one or

more instructions (*e.g.*, segment/file structure) as to how the at least one portion of the requested media is to be streamed to the communication device as demonstrated by the examples provided below:







Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.ama... 72H303.m3u8?ads.content_page_url=htt 1.8821e903.chunk.... vnd.apple.mp... 1.17 KB 2.10 KB
200 GET cdn-ue1-prod.tsv2.ama... 4.m3u8 1.8821e903.chunk.... vnd.apple.mp... 4.02 KB 129.92 KB
200 GET cdn-ue1-prod.tsv2.ama... 7.m3u8 1.8821e903.chunk.... vnd.apple.mp... 2.80 KB 112.57 KB
200 GET cdn-ue1-prod.tsv2.ama... 2.m3u8 1.8821e903.chunk.... vnd.apple.mp... 4.21 KB 130.01 KB
200 GET cdn-ue1-prod.tsv2.ama... 5.m3u8 1.8821e903.chunk.... vnd.apple.mp... 4.26 KB 129.92 KB
200 GET cdn-ue1-prod.tsv2.ama... 6.m3u8 1.8821e903.chunk.... vnd.apple.mp... 4.24 KB 129.84 KB
Headers Cookies Request Response Timings Stack Trace Security
Response Payload
1 #EXTM3U
2 #EXT-X-VERSION:3
3 #EXT-X-PLAYLIST-TYPE:VOD
4 #EXT-X-TARGETDURATION:4
5 #EXT-X-MEDIA-SEQUENCE:0
6 #EXT-X-DISCONTINUITY-SEQUENCE:0
7 #EXTINF:3.003,
8 https://cdn-ue1-prod.tsv2.amagi.tv/beacon?streamId=viewlift-tegna-justice&vari
9 #EXTINF:3.003,
10 https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/
11 #EXTINF:3.003,
12 https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/
13 #EXTINF:3.003,
14 https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/
15 #EXTINF:3.003,
16 https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/
17 #EXTINF:3.003,
18 https://cdn-ue1-prod.tsv2.amagi.tv/beacon?streamId=viewlift-tegna-justice&vari
19 #EXTINF:3.003,
20 https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/
21 #EXTINF:3.003,
22 https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/
23 #EXTINF:3.003,
24 https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/
25 #EXTINF:3.003,
26 https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/
27 #EXTINF:3.003,
28 https://cdn-ue1-prod.tsv2.amagi.tv/beacon?streamId=viewlift-tegna-justice&vari
29 #EXTINF:3.003,
30 https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/
31 #EXTINF:3.003,
32 https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
.ts
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
200 G... d25p2cuy7kozx8.cloudf... index_7_47.ts 1.8821e903.chunk... mp2t 242.15 KB 241.61 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_48.ts 1.8821e903.chunk... mp2t 224.15 KB 223.62 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_49.ts 1.8821e903.chunk... mp2t 247.29 KB 246.75 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_50.ts 1.8821e903.chunk... mp2t 223.94 KB 223.43 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_51.ts 1.8821e903.chunk... mp2t 229.29 KB 228.76 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_52.ts 1.8821e903.chunk... mp2t 255.18 KB 254.64 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_53.ts 1.8821e903.chunk... mp2t 242.33 KB 241.79 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_54.ts 1.8821e903.chunk... mp2t 237 KB 236.47 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_55.ts 1.8821e903.chunk... mp2t 234.40 KB 233.90 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_56.ts 1.8821e903.chunk... mp2t 239.58 KB 239.04 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_57.ts 1.8821e903.chunk... mp2t 234.25 KB 233.71 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_58.ts 1.8821e903.chunk... mp2t 228.74 KB 228.21 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_59.ts 1.8821e903.chunk... mp2t 239.76 KB 239.22 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_60.ts 1.8821e903.chunk... mp2t 241.93 KB 241.43 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_61.ts 1.8821e903.chunk... mp2t 239.76 KB 239.22 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_62.ts 1.8821e903.chunk... mp2t 239.39 KB 238.86 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_63.ts 1.8821e903.chunk... mp2t 234.43 KB 233.90 KB
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
GET https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/4cdfae3960094bfe9d125e9b8a220eec/11207918ecff48b9b794801126442a7a/7a26a418b1c94c239f0c1b9073ca6baf/index_7_60.ts
Status 200 OK
Version HTTP/2
Transferred 241.93 KB (241.43 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (517 B)
Raw
access-control-allow-credentials: true
access-control-allow-origin: null
cache-control: max-age=21600
content-length: 247220
content-type: video/MP2T
date: Tue, 16 Nov 2021 06:11:21 GMT
server: nginx/1.18.0
via: 1.1 01a9731b009f92bd8f3a3fa5cfca770b.cloudfront.net (CloudFront)
x-amz-cf-id: GS5YF0XLXpOMo9Y-8ZN74kOsEGQKzeQpLtFFqXcsWluc6D4vh7-VnA==
x-amz-cf-pop: DFW55-C1
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2




*See e.g.*, https://www.truecrimenetworktv.com

107. The True Crime Network streaming platform transmits, the at least one list (*e.g.*, M3U8 playlist), the least one identification (*e.g.*, host name) of the at least one resource (*e.g.*, media streaming server(s)), and the one or more instructions (*e.g.*, segment/file structure) from the at least one computing device (*e.g.*, True Crime Network server(s), such as https://www.truecrimenetworktv.com/) to the at least one communication device via the communication network as demonstrated by the examples provided below:







*See e.g.*, https://www.truecrimenetworktv.com

108. On information and belief, the True Crime Network streaming platform identifies at least one revenue sharing rule for sharing between at least two parties at

least a percentage of revenue generated by streaming the at least the portion of the requested media (*e.g.*, television program).

109. On information and belief, the True Crime Network streaming platform generates at least one settlement record based on the at least one revenue sharing rule for sharing between the at least two parties the at least the percentage of revenue generated by streaming the at least the portion of the requested media (*e.g.*, television program).

110. SITO has been damaged by the direct infringement of True Crime Network, and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

**Count IV – Infringement of United States Patent No. 9,026,673**

111. SITO alleges, and incorporates by reference, as if fully set forth here, the preceding paragraphs of this Complaint.

112. True Crime Network directly infringes (literally and/or under the doctrine of equivalents) the ’673 patent by using the method covered by at least claim 1 of the ’673 patent.

113. On information and belief, and without SITO’s approval, authorization and license, True Crime Network owns, controls, operates and uses a system for streaming media that includes the True Crime Network Streaming Platform, as well as other True Crime Network networks, systems, devices, components and/or services for streaming media, that practices and infringes the media streaming method recited in at least claim 1 of the ‘673 patent.

114. The True Crime Network Streaming Platform performs a method of streaming video as demonstrated by the example provided below:




*See e.g.,* https://www.truecrimenetworktv.com/

115. The True Crime Network Streaming Platform receives, by at least one computing device (*e.g.*, server(s)) via a communication network (*e.g.*, the Internet), a request (*e.g.*, GET request) for media (*e.g.*, television program) from at least one communication device (*e.g.*, client device such as a personal computer, mobile device, and/or television) capable of using instructions (*e.g.*, contained within an M3U8 file(s)) received from the at least one computing device to obtain at least one portion of the requested media using at least one resource (*e.g.*, streaming server(s)) other than the at least one computing device as demonstrated by the example provided below:







*See e.g.*, https://www.truecrimenetworktv.com/

116. The True Crime Network Streaming Platform determines, by the at least one computing device (*e.g.*, server(s)), whether the at least one portion of the requested

media (*e.g.*, video segment(s)) is available for streaming in accordance with at least one program comprising at least one media selector (*e.g.*, rules/instructions) defining how to select at least one other media (*e.g.*, advertisement) as demonstrated by the example provided below:




Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
6 requests 634.36 KB / 20.69 KB transferred Finish: 5.56 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers Block Resend
date: Tue, 16 Nov 2021 06:09:16 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956803:ip-192-173-56-206:2915:kvrbtxkc64567
x-amz-cf-id: v4bXg5ieiXcCGUb5FSz5dwJCUCn1LAnDpooT57X17ftNU8F-4AZHQQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: d4c26551-a81f-4f12-87a1-979e04bba92a
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (742 B) Raw
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0


Friday, December 10
H-E-B Center at Cedar Park
20:16 / 27:55
Auto
Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
.ts
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
302 G... cdn-ue1-prod.tsv2.ama... 161 1.8821e903.chunk... mp2t 155.30 KB 154.59 KB
302 G... cdn-ue1-prod.tsv2.ama... 162 1.8821e903.chunk... mp2t 168.33 KB 167.62 KB
302 G... cdn-ue1-prod.tsv2.ama... 163 1.8821e903.chunk... mp2t 157.32 KB 156.61 KB
302 G... cdn-ue1-prod.tsv2.ama... 164 1.8821e903.chunk... mp2t 126.11 KB 125.39 KB
302 G... cdn-ue1-prod.tsv2.ama... 165 1.8821e903.chunk... mp2t 209.09 KB 208.38 KB
302 G... cdn-ue1-prod.tsv2.ama... 166 1.8821e903.chunk... mp2t 150.53 KB 149.81 KB
302 G... cdn-ue1-prod.tsv2.ama... 167 1.8821e903.chunk... mp2t 164.85 KB 164.13 KB
302 G... cdn-ue1-prod.tsv2.ama... 168 1.8821e903.chunk... mp2t 152.73 KB 152.02 KB
302 G... cdn-ue1-prod.tsv2.ama... 169 1.8821e903.chunk... mp2t 133.45 KB 132.74 KB
302 G... cdn-ue1-prod.tsv2.ama... 170 1.8821e903.chunk... mp2t 119.31 KB 118.60 KB
302 G... cdn-ue1-prod.tsv2.ama... 171 1.8821e903.chunk... mp2t 126.66 KB 125.95 KB
302 G... cdn-ue1-prod.tsv2.ama... 172 1.8821e903.chunk... mp2t 157.32 KB 156.61 KB
302 G... cdn-ue1-prod.tsv2.ama... 173 1.8821e903.chunk... mp2t 172.19 KB 171.48 KB
302 G... cdn-ue1-prod.tsv2.ama... 174 1.8821e903.chunk... mp2t 171.09 KB 170.38 KB
302 G... cdn-ue1-prod.tsv2.ama... 175 1.8821e903.chunk... mp2t 122.99 KB 122.27 KB
302 G... cdn-ue1-prod.tsv2.ama... 176 1.8821e903.chunk... mp2t 149.42 KB 148.71 KB
302 G... cdn-ue1-prod.tsv2.ama... 177 1.8821e903.chunk... mp2t 149.42 KB 148.71 KB
302 G... cdn-ue1-prod.tsv2.ama... 178 1.8821e903.chunk... mp2t 146.67 KB 145.96 KB
1241 requests 285.53 MB / 255.35 MB transferred Finish: 304.23 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers Block Resend
GET https://cdn-ue1-prod.tsv2.amagi.tv/ad/avod/viewlift-tegna-justice/72H303/b197059c-51e5-46b0-8a81-1a3ab7e5d323/6/165
Status 302 Found
Version HTTP/2
Transferred 209.09 KB (208.38 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (730 B) Raw
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=180, must-revalidate
content-length: 0
date: Tue, 16 Nov 2021 06:16:32 GMT
location: https://cdn-ue1-prod.tsv2.amagi.tv/tm/1748002a7c5f50a5e76423ca32f5fb44fdb69c58/5h4zsqiwszailkkwtrppwxooeqp4t5k5/asset_270_0_1_00005.ts
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637043392090:ip-192-173-6-242:2933:kvpot9sv:74325
x-amz-cf-id: SSiULvmhQ5f3fQXVNNgjNfBEJr6j-vvXBMhPyGhpUghe9BmpkwPi8Q==
x-amz-cf-pop: DFW53-C1
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2




*See e.g.*, https://www.truecrimenetworktv.com

**Device data**, such as your computer or mobile device operating system type and version number, manufacturer and model, browser type, screen resolution, IP address, unique identifiers (e.g., Apple's ID for Advertising or Google's Advertising ID), general location information (such as city or state), and precise geolocation (if you permit our Services to access it from your device settings).
**Online activity data**, such as the website you visited before browsing to our website, pages or screens you viewed on the Services, how long you spent on a page or screen, navigation paths between pages or screens, information about your activity on a page or screen, access times, and duration of access.

*See e.g.*, https://watch.truecrimenetworktv.com/privacy-policy

117. On information and belief, the True Crime Network Streaming Platform includes a media selector for an advertisement in an M3U8 file(s). On information and belief, a server in the True Crime Network Streaming Platform determines the at least one other media based on the at least one media selector as demonstrated by the examples provided below:


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
GET https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c-51e5-4 6b0-8a81-1a3ab7e5d323/4.m3u8
Status 200 OK
Version HTTP/2
Transferred 4.02 KB (129.92 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (716 B)
Raw
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=2, must-revalidate
content-encoding: gzip
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCl7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
6 requests
634.36 KB / 20.69 KB transferred
Finish: 14.85 min


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCl7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (495 B)
Raw
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0
6 requests
634.36 KB / 20.69 KB transferred
Finish: 16.05 min







*See e.g.*, https://www.truecrimenetworktv.com

118. The True Crime Network Streaming Platform generates, by the at least one computing device and based on one or more capabilities (*e.g.*, type of device (*e.g.*,

PC), operating system, browser and/or media player) of the communication device, at least one play script (*e.g.*, at least one M3U8 file) as demonstrated by the example provided below:




*See e.g.*, https://www.truecrimenetworktv.com/

119. The M3U8 file(s) includes an identification (*e.g.*, segment information/segment file name) of the at least one portion of the requested media as demonstrated by the examples provided below:



Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
Headers Cookies Request Response Timings Stack Trace Security
GET https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c-51e5-46b0-8a81-1a3ab7e5d323/4.m3u8
Status 200 OK
Version HTTP/2
Transferred 4.02 KB (129.92 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (716 B)
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=2, must-revalidate
content-encoding: gzip
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCl7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
6 requests 634.36 KB / 20.69 KB transferred Finish: 14.85 min




Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
m3u8
Headers Cookies Request Response Timings Stack Trace Security
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCl7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (495 B)
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0
6 requests 634.36 KB / 20.69 KB transferred Finish: 16.05 min




*See e.g.*, https://www.truecrimenetworktv.com/

120. The M3U8 file(s) includes an identification (*e.g.*, identification of one or more ad breaks between video segments) of the at least one other media (*e.g.*, advertisement) as demonstrated by the examples provided below:


Friday, December 10
H-E-B Center at Cedar Park
20:16 / 27:55
Auto
Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
.ts
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
Domain File Initiator Type Transferr... Size Start...
200 G... cdn-ue1-prod.tsv2.a... 72H303.m3u8?ads.content_page_url 1.8821e903.chu... vnd.apple.... 1.17 KB 2.10 KB 1.19 s
200 G... cdn-ue1-prod.tsv2.a... 4.m3u8 1.8821e903.chu... vnd.apple.... 4.02 KB 129.92 KB 1.39 s
302 G... cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 861.79 KB 861.05 KB 4.68 s
200 G... d25p2cuy7kozx8.clou... index_5_0.ts 1.8821e903.chu... mp2t 861.56 KB 861.05 KB 4.84 s
200 G... cdn-ue1-prod.tsv2.a... 7.m3u8 1.8821e903.chu... vnd.apple.... 2.80 KB 112.57 KB 5.28 s
200 G... d25p2cuy7kozx8.clou... index_5_1.ts 1.8821e903.chu... mp2t 844.33 KB 843.80 KB 5.29 s
200 G... cdn-ue1-prod.tsv2.a... 2.m3u8 1.8821e903.chu... vnd.apple.... 4.21 KB 130.01 KB 5.74 s
200 G... d25p2cuy7kozx8.clou... index_3_1.ts 1.8821e903.chu... mp2t 1.83 MB 1.83 MB 6.23 s
200 G... d25p2cuy7kozx8.clou... index_3_2.ts 1.8821e903.chu... mp2t 1.59 MB 1.59 MB 6.97 s
200 G... d25p2cuy7kozx8.clou... index_3_3.ts 1.8821e903.chu... mp2t 1.58 MB 1.58 MB 7.56 s
200 G... d25p2cuy7kozx8.clou... index_3_4.ts 1.8821e903.chu... mp2t 1.77 MB 1.77 MB 8.26 s
302 G... cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 1.50 MB 1.50 MB 8.84 s
200 G... d25p2cuy7kozx8.clou... index_3_5.ts 1.8821e903.chu... mp2t 1.50 MB 1.50 MB 8.90 s
200 G... d25p2cuy7kozx8.clou... index_3_6.ts 1.8821e903.chu... mp2t 1.58 MB 1.58 MB 9.38 s
200 G... d25p2cuy7kozx8.clou... index_3_7.ts 1.8821e903.chu... mp2t 1.57 MB 1.57 MB 9.86 s
200 G... d25p2cuy7kozx8.clou... index_3_8.ts 1.8821e903.chu... mp2t 1.78 MB 1.78 MB 10.42 s
200 G... d25p2cuy7kozx8.clou... index_3_9.ts 1.8821e903.chu... mp2t 1.44 MB 1.44 MB 11.05 s
302 G... cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 1.67 MB 1.67 MB 11.60 s
1241 requests 285.53 MB / 255.35 MB transferred Finish: 304.23 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resen
GET https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c-51e5-46b0-8a81-1a3ab7e5d323/4.m3u8
Status 200 OK
Version HTTP/2
Transferred 4.02 KB (129.92 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (716 B)
Raw
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=2, must-revalidate
content-encoding: gzip
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCl7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront


Friday, December 10
H-E-B Center at Cedar Park
20:16 / 27:55
Auto
Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
.ts
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
Domain File Initiator Type Transferr... Size Start...
200 G... cdn-ue1-prod.tsv2.a... 72H303.m3u8?ads.content_page_url 1.8821e903.chu... vnd.apple.... 1.17 KB 2.10 KB 1.19 s
200 G... cdn-ue1-prod.tsv2.a... 4.m3u8 1.8821e903.chu... vnd.apple.... 4.02 KB 129.92 KB 1.39 s
302 G... cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 861.79 KB 861.05 KB 4.68 s
200 G... d25p2cuy7kozx8.clou... index_5_0.ts 1.8821e903.chu... mp2t 861.56 KB 861.05 KB 4.84 s
200 G... cdn-ue1-prod.tsv2.a... 7.m3u8 1.8821e903.chu... vnd.apple.... 2.80 KB 112.57 KB 5.28 s
200 G... d25p2cuy7kozx8.clou... index_5_1.ts 1.8821e903.chu... mp2t 844.33 KB 843.80 KB 5.29 s
200 G... cdn-ue1-prod.tsv2.a... 2.m3u8 1.8821e903.chu... vnd.apple.... 4.21 KB 130.01 KB 5.74 s
200 G... d25p2cuy7kozx8.clou... index_3_1.ts 1.8821e903.chu... mp2t 1.83 MB 1.83 MB 6.23 s
200 G... d25p2cuy7kozx8.clou... index_3_2.ts 1.8821e903.chu... mp2t 1.59 MB 1.59 MB 6.97 s
200 G... d25p2cuy7kozx8.clou... index_3_3.ts 1.8821e903.chu... mp2t 1.58 MB 1.58 MB 7.56 s
200 G... d25p2cuy7kozx8.clou... index_3_4.ts 1.8821e903.chu... mp2t 1.77 MB 1.77 MB 8.26 s
302 G... cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 1.50 MB 1.50 MB 8.84 s
200 G... d25p2cuy7kozx8.clou... index_3_5.ts 1.8821e903.chu... mp2t 1.50 MB 1.50 MB 8.90 s
200 G... d25p2cuy7kozx8.clou... index_3_6.ts 1.8821e903.chu... mp2t 1.58 MB 1.58 MB 9.38 s
200 G... d25p2cuy7kozx8.clou... index_3_7.ts 1.8821e903.chu... mp2t 1.57 MB 1.57 MB 9.86 s
200 G... d25p2cuy7kozx8.clou... index_3_8.ts 1.8821e903.chu... mp2t 1.78 MB 1.78 MB 10.42 s
200 G... d25p2cuy7kozx8.clou... index_3_9.ts 1.8821e903.chu... mp2t 1.44 MB 1.44 MB 11.05 s
302 G... cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 1.67 MB 1.67 MB 11.60 s
1241 requests 285.53 MB / 255.35 MB transferred Finish: 304.23 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCl7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (495 B)
Raw
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0




*See e.g.*, https://www.truecrimenetworktv.com

121. The M3U8 file(s) includes a reservation identification associated with the request for media as demonstrated by the example provided below:






*See e.g.*, https://www.truecrimenetworktv.com/

122. The M3U8 file(s) includes at least one universal resource locator (URL) associated with at least one of the identification of the at least one portion of the requested media and the identification of the at least one other media, the at least one URL including at least one identification (*e.g.*, host name) of at least one resource (*e.g.*, streaming server(s)) other than the at least one computing device available to facilitate streaming of at least one of the at least one portion of the requested media and the at least one other media as demonstrated by the examples provided below:


Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
.ts
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
200 G... d25p2cuy7kozx8.cloudf... index_7_47.ts 1.8821e903.chunk... mp2t 242.15 KB 241.61 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_48.ts 1.8821e903.chunk... mp2t 224.15 KB 223.62 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_49.ts 1.8821e903.chunk... mp2t 247.29 KB 246.75 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_50.ts 1.8821e903.chunk... mp2t 223.94 KB 223.43 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_51.ts 1.8821e903.chunk... mp2t 229.29 KB 228.76 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_52.ts 1.8821e903.chunk... mp2t 255.18 KB 254.64 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_53.ts 1.8821e903.chunk... mp2t 242.33 KB 241.79 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_54.ts 1.8821e903.chunk... mp2t 237 KB 236.47 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_55.ts 1.8821e903.chunk... mp2t 234.40 KB 233.90 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_56.ts 1.8821e903.chunk... mp2t 239.58 KB 239.04 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_57.ts 1.8821e903.chunk... mp2t 234.25 KB 233.71 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_58.ts 1.8821e903.chunk... mp2t 228.74 KB 228.21 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_59.ts 1.8821e903.chunk... mp2t 239.76 KB 239.22 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_60.ts 1.8821e903.chunk... mp2t 241.93 KB 241.43 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_61.ts 1.8821e903.chunk... mp2t 239.76 KB 239.22 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_62.ts 1.8821e903.chunk... mp2t 239.39 KB 238.86 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_63.ts 1.8821e903.chunk... mp2t 234.43 KB 233.90 KB
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
GET https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/4cdfae3960094bfe9d125e9b8a220eec/11207918ecff48b9b794801126442a7a/7a26a418b1c94c239f0c1b9073ca6baf/index_7_60.ts
Status 200 OK
Version HTTP/2
Transferred 241.93 KB (241.43 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (517 B)
Raw
access-control-allow-credentials: true
access-control-allow-origin: null
cache-control: max-age=21600
content-length: 247220
content-type: video/MP2T
date: Tue, 16 Nov 2021 06:11:21 GMT
server: nginx/1.18.0
via: 1.1 01a9731b009f92bd8f3a3fa5cfca770b.cloudfront.net (CloudFront)
x-amz-cf-id: GS5YF0XLXpOMo9Y-8ZN74kOsEGQKzeQpLtFFqXcsWluc6D4vh7-VnA==
x-amz-cf-pop: DFW55-C1
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2


Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
.ts
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
200 G... d25p2cuy7kozx8.cloudf... index_7_44.ts 1.8821e903.chunk... mp2t 241.96 KB 241.43 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_45.ts 1.8821e903.chunk... mp2t 241.93 KB 241.43 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_46.ts 1.8821e903.chunk... mp2t 237 KB 236.47 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_47.ts 1.8821e903.chunk... mp2t 242.15 KB 241.61 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_48.ts 1.8821e903.chunk... mp2t 224.15 KB 223.62 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_49.ts 1.8821e903.chunk... mp2t 247.29 KB 246.75 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_50.ts 1.8821e903.chunk... mp2t 223.94 KB 223.43 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_51.ts 1.8821e903.chunk... mp2t 229.29 KB 228.76 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_52.ts 1.8821e903.chunk... mp2t 255.18 KB 254.64 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_53.ts 1.8821e903.chunk... mp2t 242.33 KB 241.79 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_54.ts 1.8821e903.chunk... mp2t 237 KB 236.47 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_55.ts 1.8821e903.chunk... mp2t 234.40 KB 233.90 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_56.ts 1.8821e903.chunk... mp2t 239.58 KB 239.04 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_57.ts 1.8821e903.chunk... mp2t 234.25 KB 233.71 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_58.ts 1.8821e903.chunk... mp2t 228.74 KB 228.21 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_59.ts 1.8821e903.chunk... mp2t 239.76 KB 239.22 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_60.ts 1.8821e903.chunk... mp2t 241.93 KB 241.43 KB
766 requests 197.15 MB / 176.19 MB transferred Finish: 23.77 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
content-type: video/MP2T
date: Tue, 16 Nov 2021 06:11:21 GMT
server: nginx/1.18.0
via: 1.1 01a9731b009f92bd8f3a3fa5cfca770b.cloudfront.net (CloudFront)
x-amz-cf-id: GS5YF0XLXpOMo9Y-8ZN74kOsEGQKzeQpLtFFqXcsWluc6D4vh7-VnA==
x-amz-cf-pop: DFW55-C1
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
x-mediapackage-request-id: Root=1-61934b89-3c982e984061f14c695fca69
Request Headers (540 B)
Raw
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: d25p2cuy7kozx8.cloudfront.net
Origin: null
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0







*See e.g.*, https://www.truecrimenetworktv.com/

123. The M3U8 file(s) includes one or more instructions for use by the communication device together with the at least one URL and the reservation

identification to enable the at least one communication device to obtain the at least one portion of the requested media and the at least one other media as demonstrated by the examples provided below:










*See e.g.*, https://www.truecrimenetworktv.com/

124. The True Crime Network Streaming Platform transmits, by the at least one computing device to the communication device, the at least one play script to

enable the communication device to obtain the at least one portion of the requested media and the at least one other media via the communication network using the at least one resource other than the at least one computing device as demonstrated by the example provided below:









*See e.g.*, https://www.truecrimenetworktv.com/

125. SITO has been damaged by the direct infringement of True Crime Network, and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

**Count V – Infringement of United States Patent No. 9,135,635**

126. SITO alleges, and incorporates by reference, as if fully set forth here, the preceding paragraphs of this Complaint.

127. True Crime Network directly infringes (literally and/or under the doctrine of equivalents) the ’635 patent by using the method covered by at least claim 1 of the ’635 patent.

128. On information and belief, and without SITO’s approval, authorization and license, True Crime Network owns, controls, operates, and uses a system for streaming media that includes the True Crime Network Streaming Platform, as well as other True Crime Network networks, systems, devices, components and/or services for streaming media, that practices and infringes the media streaming method recited in at least claim 1 of the ‘635 patent.

129. The True Crime Network Streaming Platform performs a method of streaming media as demonstrated by the example provided below:




*See e.g.*, https://www.truecrimenetworktv.com/

130. The True Crime Network Streaming Platform receives, by at least one computing device (*e.g.*, server(s)) via a communication network (*e.g.*, the Internet), a request (*e.g.*, GET request) for media (*e.g.*, television program) from a communication device (*e.g.*, client device such as a personal computer, mobile device, and/or television). The at least one computing device comprises a combination of hardware and software as demonstrated by the example provided below:







*See e.g.*, https://www.truecrimenetworktv.com/

131. The True Crime Network Streaming Platform determines, by the at least one computing device, at least one portion of the requested media (*e.g.*, video

segment(s)) to be streamed to the communication device as demonstrated by the example provided below:







*See e.g.*, https://www.truecrimenetworktv.com/

132. The True Crime Network Streaming Platform transmits, by the at least one computing device for reception by the communication device, at least one play script (*e.g.*, M3U8 file(s)) including at least one identification (*e.g.*, segment information/segment file name) of the at least one portion of the requested media as demonstrated by the examples provided below:




Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
.ts
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
200 G... d25p2cuy7kozx8.cloudf... index_7_44.ts 1.8821e903.chunk... mp2t 241.96 KB 241.43 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_45.ts 1.8821e903.chunk... mp2t 241.93 KB 241.43 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_46.ts 1.8821e903.chunk... mp2t 237 KB 236.47 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_47.ts 1.8821e903.chunk... mp2t 242.15 KB 241.61 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_48.ts 1.8821e903.chunk... mp2t 224.15 KB 223.62 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_49.ts 1.8821e903.chunk... mp2t 247.29 KB 246.75 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_50.ts 1.8821e903.chunk... mp2t 223.94 KB 223.43 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_51.ts 1.8821e903.chunk... mp2t 229.29 KB 228.76 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_52.ts 1.8821e903.chunk... mp2t 255.18 KB 254.64 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_53.ts 1.8821e903.chunk... mp2t 242.33 KB 241.79 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_54.ts 1.8821e903.chunk... mp2t 237 KB 236.47 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_55.ts 1.8821e903.chunk... mp2t 234.40 KB 233.90 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_56.ts 1.8821e903.chunk... mp2t 239.58 KB 239.04 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_57.ts 1.8821e903.chunk... mp2t 234.25 KB 233.71 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_58.ts 1.8821e903.chunk... mp2t 228.74 KB 228.21 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_59.ts 1.8821e903.chunk... mp2t 239.76 KB 239.22 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_60.ts 1.8821e903.chunk... mp2t 241.93 KB 241.43 KB
766 requests 197.15 MB / 176.19 MB transferred Finish: 23.77 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
content-type: video/MP2T
date: Tue, 16 Nov 2021 06:11:21 GMT
server: nginx/1.18.0
via: 1.1 01a9731b009f92bd8f3a3fa5cfca770b.cloudfront.net (CloudFront)
x-amz-cf-id: GS5YF0XLXpOMo9Y-8ZN74kOsEGQKzeQpLtFFqXcsWluc6D4vh7-VnA==
x-amz-cf-pop: DFW55-C1
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
x-mediapackage-request-id: Root=1-61934b89-3c982e984061f14c695fca69
Request Headers (540 B)
Raw
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: d25p2cuy7kozx8.cloudfront.net
Origin: null
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
6 requests 634.36 KB / 20.69 KB transferred Finish: 14.85 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
GET https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c-51e5-4 6b0-8a81-1a3ab7e5d323/4.m3u8
Status 200 OK
Version HTTP/2
Transferred 4.02 KB (129.92 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (716 B)
Raw
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=2, must-revalidate
content-encoding: gzip
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCI7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4




*See e.g.*, https://www.truecrimenetworktv.com/

133. The True Crime Network Streaming Platform transmits, by the at least one computing device for reception by the communication device, at least one play script (*e.g.*, M3U8 file(s)) including an indication (*e.g.*, identification of one or more ad breaks between video segments) that an advertising media clip is to be streamed to the communication device as demonstrated by the examples provided below:


Friday, December 10
H-E-B Center at Cedar Park
20:16 / 27:55
Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
.ts
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
S... Me Domain File Initiator Type Transferr... Size Start...
200 G... cdn-ue1-prod.tsv2.a... 72H303.m3u8?ads.content_page_url 1.8821e903.chu... vnd.apple.... 1.17 KB 2.10 KB 1.19 s
200 G... cdn-ue1-prod.tsv2.a... 4.m3u8 1.8821e903.chu... vnd.apple.... 4.02 KB 129.92 KB 1.39 s
302 G... cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 861.79 KB 861.05 KB 4.68 s
200 G... d25p2cuy7kozx8.clou... index_5_0.ts 1.8821e903.chu... mp2t 861.56 KB 861.05 KB 4.84 s
200 G... cdn-ue1-prod.tsv2.a... 7.m3u8 1.8821e903.chu... vnd.apple.... 2.80 KB 112.57 KB 5.28 s
200 G... d25p2cuy7kozx8.clou... index_5_1.ts 1.8821e903.chu... mp2t 844.33 KB 843.80 KB 5.29 s
200 G... cdn-ue1-prod.tsv2.a... 2.m3u8 1.8821e903.chu... vnd.apple.... 4.21 KB 130.01 KB 5.74 s
200 G... d25p2cuy7kozx8.clou... index_3_1.ts 1.8821e903.chu... mp2t 1.83 MB 1.83 MB 6.23 s
200 G... d25p2cuy7kozx8.clou... index_3_2.ts 1.8821e903.chu... mp2t 1.59 MB 1.59 MB 6.97 s
200 G... d25p2cuy7kozx8.clou... index_3_3.ts 1.8821e903.chu... mp2t 1.58 MB 1.58 MB 7.56 s
200 G... d25p2cuy7kozx8.clou... index_3_4.ts 1.8821e903.chu... mp2t 1.77 MB 1.77 MB 8.26 s
302 G... cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 1.50 MB 1.50 MB 8.84 s
200 G... d25p2cuy7kozx8.clou... index_3_5.ts 1.8821e903.chu... mp2t 1.50 MB 1.50 MB 8.90 s
200 G... d25p2cuy7kozx8.clou... index_3_6.ts 1.8821e903.chu... mp2t 1.58 MB 1.58 MB 9.38 s
200 G... d25p2cuy7kozx8.clou... index_3_7.ts 1.8821e903.chu... mp2t 1.57 MB 1.57 MB 9.86 s
200 G... d25p2cuy7kozx8.clou... index_3_8.ts 1.8821e903.chu... mp2t 1.78 MB 1.78 MB 10.42 s
200 G... d25p2cuy7kozx8.clou... index_3_9.ts 1.8821e903.chu... mp2t 1.44 MB 1.44 MB 11.05 s
302 G... cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 1.67 MB 1.67 MB 11.60 s
1241 requests 285.53 MB / 255.35 MB transferred Finish: 304.23 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
GET https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c-51e5-46b0-8a81-1a3ab7e5d323/4.m3u8
Status 200 OK
Version HTTP/2
Transferred 4.02 KB (129.92 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (716 B)
Raw
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=2, must-revalidate
content-encoding: gzip
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCI7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront


Friday, December 10
H-E-B Center at Cedar Park
20:16 / 27:55
Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
Headers Cookies Request Response Timings Stack Trace Security
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCI7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (495 B)
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0
1241 requests 285.53 MB / 255.35 MB transferred Finish: 304.23 min







*See e.g.*, https://www.truecrimenetworktv.com/

**Device data**, such as your computer or mobile device operating system type and version number, manufacturer and model, browser type, screen resolution, IP address, unique identifiers (e.g., Apple's ID for Advertising or Google's Advertising ID), general location information (such as city or state), and precise geolocation (if you permit our Services to access it from your device settings).
**Online activity data**, such as the website you visited before browsing to our website, pages or screens you viewed on the Services, how long you spent on a page or screen, navigation paths between pages or screens, information about your activity on a page or screen, access times, and duration of access.

*See e.g.*, https://watch.truecrimenetworktv.com/privacy-policy

134. The True Crime Network Streaming Platform transmits, by the at least one computing device for reception by the communication device, at least one play script (*e.g.*, M3U8 file(s)) including at least one universal resource locator (URL) associated with the identification of the at least one portion of the requested media, the at least one URL including at least one identification (*e.g.*, host name) of at least one resource (*e.g.*, streaming server(s)) other than the at least one computing device to facilitate streaming of the at least one portion of the requested media as demonstrated by the examples provided below:




Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
6 requests 634.36 KB / 20.69 KB transferred Finish: 16.05 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCl7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (495 B)
Raw
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
mp
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00001.ts 1.8821e903.chunk... mp2t 149.40 KB 148.71 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00002.ts 1.8821e903.chunk... mp2t 149.40 KB 148.71 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00003.ts 1.8821e903.chunk... mp2t 146.64 KB 145.96 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00004.ts 1.8821e903.chunk... mp2t 170.51 KB 169.82 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00005.ts 1.8821e903.chunk... mp2t 176.20 KB 175.52 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00006.ts 1.8821e903.chunk... mp2t 130.67 KB 129.98 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00007.ts 1.8821e903.chunk... mp2t 128.83 KB 128.15 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00008.ts 1.8821e903.chunk... mp2t 152.52 KB 151.83 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00009.ts 1.8821e903.chunk... mp2t 176.93 KB 176.25 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00010.ts 1.8821e903.chunk... mp2t 144.81 KB 144.12 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00011.ts 1.8821e903.chunk... mp2t 143.34 KB 142.65 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00012.ts 1.8821e903.chunk... mp2t 147.56 KB 146.88 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00013.ts 1.8821e903.chunk... mp2t 165.18 KB 164.50 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00014.ts 1.8821e903.chunk... mp2t 145.54 KB 144.86 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00015.ts 1.8821e903.chunk... mp2t 186.11 KB 185.43 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00016.ts 1.8821e903.chunk... mp2t 133.79 KB 133.11 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00017.ts 1.8821e903.chunk... mp2t 154.35 KB 153.67 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00018.ts 1.8821e903.chunk... mp2t 134.89 KB 134.21 KB
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
GET https://cdn-ue1-prod.tsv2.amagi.tv/tm/1748002a7c5f50a5e76423ca32f5fb44fdb69c58/ywugkfa52zcu7lodh7tahxmg62iq2omp/asset_270_0_1_00012.ts
Status 200 OK
Version HTTP/2
Transferred 147.56 KB (146.88 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (701 B)
Raw
accept-ranges: bytes
access-control-allow-methods: GET, HEAD
access-control-allow-origin: *
access-control-max-age: 30
content-length: 150400
content-type: video/MP2T
date: Tue, 16 Nov 2021 06:17:17 GMT
etag: "c21041183c3e954857e7c7aa33cd902b"
last-modified: Tue, 05 Oct 2021 05:07:31 GMT
server: AmazonS3
vary: Origin,Access-Control-Request-Headers,Access-Control-Request-Method
via: 1.1 19c21bc68d3470393eb071798c06b915.cloudfront.net (CloudFront), 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amz-cf-id: c15B4SKsrVcU2vqPQ0SmI7k2az7Ak-x8sG1E7YNcJz09r1_iMlmwxA==




*See e.g.*, https://www.truecrimenetworktv.com/

135. On information and belief, The True Crime Network Streaming Platform transmits, by the at least one computing device for reception by the communication device, at least one play script (*e.g.*, M3U8 file(s)) including one or more instructions for use by the communication device together with the at least one URL to cause the at least one portion of the requested media to be streamed to the communication device as demonstrated by the examples provided below:


Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
6 requests 634.36 KB / 20.69 KB transferred Finish: 14.85 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers Block Resend
GET https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c-51e5-4 6b0-8a81-1a3ab7e5d323/4.m3u8
Status 200 OK
Version HTTP/2
Transferred 4.02 KB (129.92 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (716 B) Raw
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=2, must-revalidate
content-encoding: gzip
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCl7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4


Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
6 requests 634.36 KB / 20.69 KB transferred Finish: 16.05 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers Block Resend
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCl7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (495 B) Raw
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0







*See e.g.*, https://www.truecrimenetworktv.com/

136. SITO has been damaged by the direct infringement of True Crime Network, and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

**Count VI – Infringement of United States Patent No. 9,135,636**

137. SITO alleges, and incorporates by reference, as if fully set forth here, the preceding paragraphs of this Complaint.

138. True Crime Network directly infringes (literally and/or under the doctrine of equivalents) the ’636 patent by using the method covered by at least claim 1 of the ’636 patent.

139. On information and belief, and without SITO’s approval, authorization and license, True Crime Network owns, controls, operates and uses a system for streaming media that includes the True Crime Network Streaming Platform, as well as other True Crime Network networks, systems, devices, components and/or services for streaming media, that practices and infringes the media streaming method recited in at least claim 1 of the ‘636 patent.

140. The True Crime Network system that infringes one or more claims of the ’636 patent includes, but is not limited to, the True Crime Network Streaming Platform, and any other True Crime Network network, system, device, and/or service that practices a media streaming method as claimed in the ’636 patent.

141. The True Crime Network Streaming Platform performs a method of streaming media as demonstrated by the example provided below:




*See e.g.*, https://www.truecrimenetworktv.com/




*See e.g.*, https://www.watch.truecrimenetworktv.com/series/Exhibit-A-29012021220117

142. The True Crime Network Streaming Platform receives, by at least one computing device (*e.g.*, server(s)) via a communication network (*e.g.*, the Internet), a request (*e.g.*, GET request) for media (*e.g.*, television program) from a communication

device (*e.g.*, client device such as a personal computer, mobile device, and/or television), capable of using instructions (*e.g.*, contained within an M3U8 file(s)) received from the at least one computing device to obtain at least one portion of the requested media (*e.g.*, video segment(s)) using at least one resource (*e.g.*, streaming server(s)) other than the at least one computing device as demonstrated by the example provided below:







*See e.g.*, https://www.truecrimenetworktv.com/

143. The True Crime Network Streaming Platform generates, by the at least one computing device, at least one play script (*e.g.*, M3U8 file(s)) including at least one

identification (*e.g.*, segment information/segment file name) of the at least one portion of the requested media as demonstrated by the example provided below:









*See e.g.*, https://www.truecrimenetworktv.com/

144. The True Crime Network Streaming Platform generates, by the at least one computing device, at least one play script (*e.g.*, M3U8 file(s)) including a reservation identification associated with the request for media as demonstrated by the example provided below:







*See e.g.*, https://www.truecrimenetworktv.com/

145. The True Crime Network Streaming Platform generates, by the at least one computing device, at least one play script (*e.g.*, M3U8 file(s)) including at least one

universal resource locator (URL) associated with the at least one identification of the at least one portion of the requested media, the at least one URL including at least one identification (*e.g.*, host name) of the at least one resource (*e.g.*, streaming server(s)) other than the at least one computing device available to facilitate streaming of at least one of the at least one portion of the requested media as demonstrated by the example provided below:




Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
6 requests 634.36 KB / 20.69 KB transferred Finish: 16.05 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCl7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (495 B)
Raw
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
.ts
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
200 G... d25p2cuy7kozx8.cloudf... index_7_47.ts 1.8821e903.chunk... mp2t 242.15 KB 241.61 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_48.ts 1.8821e903.chunk... mp2t 224.15 KB 223.62 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_49.ts 1.8821e903.chunk... mp2t 247.29 KB 246.75 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_50.ts 1.8821e903.chunk... mp2t 223.94 KB 223.43 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_51.ts 1.8821e903.chunk... mp2t 229.29 KB 228.76 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_52.ts 1.8821e903.chunk... mp2t 255.18 KB 254.64 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_53.ts 1.8821e903.chunk... mp2t 242.33 KB 241.79 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_54.ts 1.8821e903.chunk... mp2t 237 KB 236.47 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_55.ts 1.8821e903.chunk... mp2t 234.40 KB 233.90 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_56.ts 1.8821e903.chunk... mp2t 239.58 KB 239.04 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_57.ts 1.8821e903.chunk... mp2t 234.25 KB 233.71 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_58.ts 1.8821e903.chunk... mp2t 228.74 KB 228.21 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_59.ts 1.8821e903.chunk... mp2t 239.76 KB 239.22 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_60.ts 1.8821e903.chunk... mp2t 241.93 KB 241.43 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_61.ts 1.8821e903.chunk... mp2t 239.76 KB 239.22 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_62.ts 1.8821e903.chunk... mp2t 239.39 KB 238.86 KB
200 G... d25p2cuy7kozx8.cloudf... index_7_63.ts 1.8821e903.chunk... mp2t 234.43 KB 233.90 KB
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
GET https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/4cdfae3960094bfe9d125e9b8a220eec/11207918ecff48b9b794801126442a7a/7a26a418b1c94c239f0c1b9073ca6baf/index_7_60.ts
Status 200 OK
Version HTTP/2
Transferred 241.93 KB (241.43 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (517 B)
Raw
access-control-allow-credentials: true
access-control-allow-origin: null
cache-control: max-age=21600
content-length: 247220
content-type: video/MP2T
date: Tue, 16 Nov 2021 06:11:21 GMT
server: nginx/1.18.0
via: 1.1 01a9731b009f92bd8f3a3fa5cfca770b.cloudfront.net (CloudFront)
x-amz-cf-id: GS5YF0XLXpOMo9Y-8ZN74kOsEGQKzeQpLtFFqXcsWluc6D4vh7-VnA==
x-amz-cf-pop: DFW55-C1
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2




*See e.g.*, https://www.truecrimenetworktv.com/

146. The True Crime Network Streaming Platform generates, by the at least one computing device, at least one play script (*e.g.*, M3U8 file(s)) including one or more instructions for use by the communication device together with the at least one URL and the reservation identification to enable the communication device to obtain the at least one portion of the requested media as demonstrated by the example provided below:


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
Domain
File
Initiator
Type
Transferred
Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
GET https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c-51e5-4 6b0-8a81-1a3ab7e5d323/4.m3u8
Status 200 OK
Version HTTP/2
Transferred 4.02 KB (129.92 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (716 B)
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=2, must-revalidate
content-encoding: gzip
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCl7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
6 requests 634.36 KB / 20.69 KB transferred Finish: 14.85 min


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
Domain
File
Initiator
Type
Transferred
Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCl7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (495 B)
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0
6 requests 634.36 KB / 20.69 KB transferred Finish: 16.05 min







*See e.g.*, https://www.truecrimenetworktv.com/

147. The True Crime Network Streaming Platform transmits, by the at least one computing device to the communication device, the at least one play script to

enable the communication device to obtain the at least one portion of the requested media via the communication network using the at least one resource other than the at least one computing device as demonstrated by the example provided below:








*See e.g.*, https://www.truecrimenetworktv.com/

148. SITO has been damaged by the direct infringement of True Crime Network, and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

**Count VII – Infringement of United States Patent No. 9,350,777**

149. SITO alleges, and incorporates by reference, as if fully set forth here, the preceding paragraphs of this Complaint.

150. True Crime Network directly infringes (literally and/or under the doctrine of equivalents) the '777 patent by using the method covered by at least claim 59 of the '777 patent.

151. On information and belief, and without SITO's approval, authorization and license, True Crime Network owns, controls, operates and uses a system for

streaming media that includes the True Crime Network Streaming Platform, as well as other True Crime Network networks, systems, devices, components and/or services for streaming media, that practices and infringes the media streaming method recited in at least claim 59 of the '777 patent.

152. The True Crime Network Streaming Platform performs a media streaming management method as demonstrated by the example provided below:




*See e.g.*, https://www.truecrimenetworktv.com/




*See e.g.*, *See e.g.*, https://www.watch.truecrimenetworktv.com/series/Exhibit-A-29012021220117

153. The True Crime Network Streaming Platform receives, by at least one computing device (*e.g.*, server(s)) comprising a combination of hardware and software, a request (*e.g.*, GET request) to receive media (*e.g.*, television program) from at least one communication device (*e.g.*, client device such as a personal computer, mobile device, and/or television) capable of playing the requested media as demonstrated by the example provided below:





*See e.g.*, https://www.truecrimenetworktv.com/

154. In response to the request for media and based on one or more attributes (*e.g.*, type of device (*e.g.*, PC), operating system, browser and/or media player) of the

communication device and one or more rules associated with the requested media, the True Crime Network Streaming Platform transmits (*e.g.*, within an M3U8 file(s)), to the communication device by the at least one computing device over a communication network (*e.g.*, the Internet) at least one identification (*e.g.*, segment information/segment file name) of the at least one portion of the requested media (video segment(s)) as demonstrated by the examples provided below:




Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
6 requests
634.36 KB / 20.69 KB transferred
Finish: 16.05 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCl7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (495 B)
Raw
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.ama... 72H303.m3u8?ads.content_page_url=htt 1.8821e903.chunk.... vnd.apple.mp... 1.17 KB 2.10 KB
200 GET cdn-ue1-prod.tsv2.ama... 4.m3u8 1.8821e903.chunk.... vnd.apple.mp... 4.02 KB 129.92 KB
200 GET cdn-ue1-prod.tsv2.ama... 7.m3u8 1.8821e903.chunk.... vnd.apple.mp... 2.80 KB 112.57 KB
200 GET cdn-ue1-prod.tsv2.ama... 2.m3u8 1.8821e903.chunk.... vnd.apple.mp... 4.21 KB 130.01 KB
200 GET cdn-ue1-prod.tsv2.ama... 5.m3u8 1.8821e903.chunk.... vnd.apple.mp... 4.26 KB 129.92 KB
200 GET cdn-ue1-prod.tsv2.ama... 6.m3u8 1.8821e903.chunk.... vnd.apple.mp... 4.24 KB 129.84 KB
Headers Cookies Request Response Timings Stack Trace Security
Response Payload
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-TARGETDURATION:4
#EXT-X-MEDIA-SEQUENCE:0
#EXT-X-DISCONTINUITY-SEQUENCE:0
#EXTINF:3.003,
https://cdn-ue1-prod.tsv2.amagi.tv/beacon?streamId=viewlift-tegna-justice&vari
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/
#EXTINF:3.003,
https://cdn-ue1-prod.tsv2.amagi.tv/beacon?streamId=viewlift-tegna-justice&vari
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/
#EXTINF:3.003,
https://cdn-ue1-prod.tsv2.amagi.tv/beacon?streamId=viewlift-tegna-justice&vari
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076d/







*See e.g.*, https://www.truecrimenetworktv.com/

155. In response to the request for media and based on one or more attributes (*e.g.*, type of device (*e.g.*, PC), operating system, browser and/or media player) of the

communication device and one or more rules associated with the requested media, the True Crime Network Streaming Platform transmits (*e.g.*, within an M3U8 file(s)), to the communication device by the at least one computing device over a communication network (*e.g.*, the Internet) at least one identification (*e.g.*, host name) of at least one resource (*e.g.*, streaming server(s)) other than the at least one computing device to facilitate streaming of the at least one portion of the requested media as demonstrated by the examples provided below:




Friday, December 10
H-E-B Center at Cedar Park
20:16 / 27:55
Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
.ts
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
Domain File Initiator Type Transferred Size Start
cdn-ue1-prod.tsv2.a... 72H303.m3u8?ads.content_page_url 1.8821e903.chu... vnd.apple.... 1.17 KB 2.10 KB 1.19 s
cdn-ue1-prod.tsv2.a... 4.m3u8 1.8821e903.chu... vnd.apple.... 4.02 KB 129.92 KB 1.39 s
cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 861.79 KB 861.05 KB 4.68 s
d25p2cuy7kozx8.clou... index_5_0.ts 1.8821e903.chu... mp2t 861.56 KB 861.05 KB 4.84 s
cdn-ue1-prod.tsv2.a... 7.m3u8 1.8821e903.chu... vnd.apple.... 2.80 KB 112.57 KB 5.28 s
d25p2cuy7kozx8.clou... index_5_1.ts 1.8821e903.chu... mp2t 844.33 KB 843.80 KB 5.29 s
cdn-ue1-prod.tsv2.a... 2.m3u8 1.8821e903.chu... vnd.apple.... 4.21 KB 130.01 KB 5.74 s
d25p2cuy7kozx8.clou... index_3_1.ts 1.8821e903.chu... mp2t 1.83 MB 1.83 MB 6.23 s
d25p2cuy7kozx8.clou... index_3_2.ts 1.8821e903.chu... mp2t 1.59 MB 1.59 MB 6.97 s
d25p2cuy7kozx8.clou... index_3_3.ts 1.8821e903.chu... mp2t 1.58 MB 1.58 MB 7.56 s
d25p2cuy7kozx8.clou... index_3_4.ts 1.8821e903.chu... mp2t 1.77 MB 1.77 MB 8.26 s
cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 1.50 MB 1.50 MB 8.84 s
d25p2cuy7kozx8.clou... index_3_5.ts 1.8821e903.chu... mp2t 1.50 MB 1.50 MB 8.90 s
d25p2cuy7kozx8.clou... index_3_6.ts 1.8821e903.chu... mp2t 1.58 MB 1.58 MB 9.38 s
d25p2cuy7kozx8.clou... index_3_7.ts 1.8821e903.chu... mp2t 1.57 MB 1.57 MB 9.86 s
d25p2cuy7kozx8.clou... index_3_8.ts 1.8821e903.chu... mp2t 1.78 MB 1.78 MB 10.42 s
d25p2cuy7kozx8.clou... index_3_9.ts 1.8821e903.chu... mp2t 1.44 MB 1.44 MB 11.05 s
cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 1.67 MB 1.67 MB 11.60 s
1241 requests 285.53 MB / 255.35 MB transferred Finish: 304.23 min
Headers Cookies Request Response Timings Stack Trace Security
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amz-cf-pop: DFW53-C1
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (495 B)
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0


Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
.ts
Domain File Initiator Type Transferred Size
d25p2cuy7kozx8.cloudf... index_7_47.ts 1.8821e903.chunk... mp2t 242.15 KB 241.61 KB
d25p2cuy7kozx8.cloudf... index_7_48.ts 1.8821e903.chunk... mp2t 224.15 KB 223.62 KB
d25p2cuy7kozx8.cloudf... index_7_49.ts 1.8821e903.chunk... mp2t 247.29 KB 246.75 KB
d25p2cuy7kozx8.cloudf... index_7_50.ts 1.8821e903.chunk... mp2t 223.94 KB 223.43 KB
d25p2cuy7kozx8.cloudf... index_7_51.ts 1.8821e903.chunk... mp2t 229.29 KB 228.76 KB
d25p2cuy7kozx8.cloudf... index_7_52.ts 1.8821e903.chunk... mp2t 255.18 KB 254.64 KB
d25p2cuy7kozx8.cloudf... index_7_53.ts 1.8821e903.chunk... mp2t 242.33 KB 241.79 KB
d25p2cuy7kozx8.cloudf... index_7_54.ts 1.8821e903.chunk... mp2t 237 KB 236.47 KB
d25p2cuy7kozx8.cloudf... index_7_55.ts 1.8821e903.chunk... mp2t 234.40 KB 233.90 KB
d25p2cuy7kozx8.cloudf... index_7_56.ts 1.8821e903.chunk... mp2t 239.58 KB 239.04 KB
d25p2cuy7kozx8.cloudf... index_7_57.ts 1.8821e903.chunk... mp2t 234.25 KB 233.71 KB
d25p2cuy7kozx8.cloudf... index_7_58.ts 1.8821e903.chunk... mp2t 228.74 KB 228.21 KB
d25p2cuy7kozx8.cloudf... index_7_59.ts 1.8821e903.chunk... mp2t 239.76 KB 239.22 KB
d25p2cuy7kozx8.cloudf... index_7_60.ts 1.8821e903.chunk... mp2t 241.93 KB 241.43 KB
d25p2cuy7kozx8.cloudf... index_7_61.ts 1.8821e903.chunk... mp2t 239.76 KB 239.22 KB
d25p2cuy7kozx8.cloudf... index_7_62.ts 1.8821e903.chunk... mp2t 239.39 KB 238.86 KB
d25p2cuy7kozx8.cloudf... index_7_63.ts 1.8821e903.chunk... mp2t 234.43 KB 233.90 KB
Headers Cookies Request Response Timings Stack Trace Security
Status 200 OK
Version HTTP/2
Transferred 241.93 KB (241.43 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (517 B)
access-control-allow-credentials: true
access-control-allow-origin: null
cache-control: max-age=21600
content-length: 247220
content-type: video/MP2T
date: Tue, 16 Nov 2021 06:11:21 GMT
server: nginx/1.18.0
via: 1.1 01a9731b009f92bd8f3a3fa5cfca770b.cloudfront.net (CloudFront)
x-amz-cf-pop: DFW55-C1
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2




*See e.g.*, https://www.truecrimenetworktv.com/

156. In response to the request for media and based on one or more attributes (*e.g.*, type of device (*e.g.*, PC), operating system, browser and/or media player) of the communication device and one or more rules associated with the requested media, the True Crime Network Streaming Platform transmits (*e.g.*, within an M3U8 file(s)), to the communication device by the at least one computing device over a communication network (*e.g.*, the Internet) information (*e.g.*, segment information/segment file name, title identifier of the segment, type of file of the segment, and/or format of the segment) for use by the communication device as to how the at least one portion of the requested media is to be presented to a user of the communication device as demonstrated by the examples provided below:


Friday, December 10
H-E-B Center at Cedar Park
20:16 / 27:55
Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
.ts
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
S... Me Domain File Initiator Type Transferr... Size Start...
200 G... cdn-ue1-prod.tsv2.a... 72H303.m3u8?ads.content_page_url 1.8821e903.chu... vnd.apple.... 1.17 KB 2.10 KB 1.19 s
200 G... cdn-ue1-prod.tsv2.a... 4.m3u8 1.8821e903.chu... vnd.apple.... 4.02 KB 129.92 KB 1.39 s
302 G... cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 861.79 KB 861.05 KB 4.68 s
200 G... d25p2cuy7kozx8.clou... index_5_0.ts 1.8821e903.chu... mp2t 861.56 KB 861.05 KB 4.84 s
200 G... cdn-ue1-prod.tsv2.a... 7.m3u8 1.8821e903.chu... vnd.apple.... 2.80 KB 112.57 KB 5.28 s
200 G... d25p2cuy7kozx8.clou... index_5_1.ts 1.8821e903.chu... mp2t 844.33 KB 843.80 KB 5.29 s
200 G... cdn-ue1-prod.tsv2.a... 2.m3u8 1.8821e903.chu... vnd.apple.... 4.21 KB 130.01 KB 5.74 s
200 G... d25p2cuy7kozx8.clou... index_3_1.ts 1.8821e903.chu... mp2t 1.83 MB 1.83 MB 6.23 s
200 G... d25p2cuy7kozx8.clou... index_3_2.ts 1.8821e903.chu... mp2t 1.59 MB 1.59 MB 6.97 s
200 G... d25p2cuy7kozx8.clou... index_3_3.ts 1.8821e903.chu... mp2t 1.58 MB 1.58 MB 7.56 s
200 G... d25p2cuy7kozx8.clou... index_3_4.ts 1.8821e903.chu... mp2t 1.77 MB 1.77 MB 8.26 s
302 G... cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 1.50 MB 1.50 MB 8.84 s
200 G... d25p2cuy7kozx8.clou... index_3_5.ts 1.8821e903.chu... mp2t 1.50 MB 1.50 MB 8.90 s
200 G... d25p2cuy7kozx8.clou... index_3_6.ts 1.8821e903.chu... mp2t 1.58 MB 1.58 MB 9.38 s
200 G... d25p2cuy7kozx8.clou... index_3_7.ts 1.8821e903.chu... mp2t 1.57 MB 1.57 MB 9.86 s
200 G... d25p2cuy7kozx8.clou... index_3_8.ts 1.8821e903.chu... mp2t 1.78 MB 1.78 MB 10.42 s
200 G... d25p2cuy7kozx8.clou... index_3_9.ts 1.8821e903.chu... mp2t 1.44 MB 1.44 MB 11.05 s
302 G... cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 1.67 MB 1.67 MB 11.60 s
1241 requests 285.53 MB / 255.35 MB transferred Finish: 304.23 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers Block Resen
GET https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c-51e5-46b0-8a81-1a3ab7e5d323/4.m3u8
Status 200 OK
Version HTTP/2
Transferred 4.02 KB (129.92 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (716 B) Raw
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=2, must-revalidate
content-encoding: gzip
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCI7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront


Friday, December 10
H-E-B Center at Cedar Park
20:16 / 27:55
Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
.ts
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
S... Me Domain File Initiator Type Transferr... Size Start...
200 G... cdn-ue1-prod.tsv2.a... 72H303.m3u8?ads.content_page_url 1.8821e903.chu... vnd.apple.... 1.17 KB 2.10 KB 1.19 s
200 G... cdn-ue1-prod.tsv2.a... 4.m3u8 1.8821e903.chu... vnd.apple.... 4.02 KB 129.92 KB 1.39 s
302 G... cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 861.79 KB 861.05 KB 4.68 s
200 G... d25p2cuy7kozx8.clou... index_5_0.ts 1.8821e903.chu... mp2t 861.56 KB 861.05 KB 4.84 s
200 G... cdn-ue1-prod.tsv2.a... 7.m3u8 1.8821e903.chu... vnd.apple.... 2.80 KB 112.57 KB 5.28 s
200 G... d25p2cuy7kozx8.clou... index_5_1.ts 1.8821e903.chu... mp2t 844.33 KB 843.80 KB 5.29 s
200 G... cdn-ue1-prod.tsv2.a... 2.m3u8 1.8821e903.chu... vnd.apple.... 4.21 KB 130.01 KB 5.74 s
200 G... d25p2cuy7kozx8.clou... index_3_1.ts 1.8821e903.chu... mp2t 1.83 MB 1.83 MB 6.23 s
200 G... d25p2cuy7kozx8.clou... index_3_2.ts 1.8821e903.chu... mp2t 1.59 MB 1.59 MB 6.97 s
200 G... d25p2cuy7kozx8.clou... index_3_3.ts 1.8821e903.chu... mp2t 1.58 MB 1.58 MB 7.56 s
200 G... d25p2cuy7kozx8.clou... index_3_4.ts 1.8821e903.chu... mp2t 1.77 MB 1.77 MB 8.26 s
302 G... cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 1.50 MB 1.50 MB 8.84 s
200 G... d25p2cuy7kozx8.clou... index_3_5.ts 1.8821e903.chu... mp2t 1.50 MB 1.50 MB 8.90 s
200 G... d25p2cuy7kozx8.clou... index_3_6.ts 1.8821e903.chu... mp2t 1.58 MB 1.58 MB 9.38 s
200 G... d25p2cuy7kozx8.clou... index_3_7.ts 1.8821e903.chu... mp2t 1.57 MB 1.57 MB 9.86 s
200 G... d25p2cuy7kozx8.clou... index_3_8.ts 1.8821e903.chu... mp2t 1.78 MB 1.78 MB 10.42 s
200 G... d25p2cuy7kozx8.clou... index_3_9.ts 1.8821e903.chu... mp2t 1.44 MB 1.44 MB 11.05 s
302 G... cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 1.67 MB 1.67 MB 11.60 s
1241 requests 285.53 MB / 255.35 MB transferred Finish: 304.23 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers Block Resend
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCI7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (495 B) Raw
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0




*See e.g.*, https://www.truecrimenetworktv.com/

157. In response to the request for media and based on one or more attributes (*e.g.*, type of device (*e.g.*, PC), operating system, browser and/or media player) of the communication device and one or more rules associated with the requested media, the True Crime Network Streaming Platform transmits (*e.g.*, within an M3U8 file(s)), to the communication device by the at least one computing device over a communication network (*e.g.*, the Internet) a unique identifier (*e.g.*, user ID and additional identifier information) for use by at least the communication device to enable the at least one portion of the requested media to be streamed to the communication device as demonstrated by the examples provided below:


Friday, December 10
H-E-B Center at Cedar Park
20:16 / 27:55
GET https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c-51e5-46b0-8a81-1a3ab7e5d323/4.m3u8
Status 200 OK
Version HTTP/2
Transferred 4.02 KB (129.92 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (716 B)
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=2, must-revalidate
content-encoding: gzip
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCI7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront
1241 requests | 285.53 MB / 255.35 MB transferred | Finish: 304.23 min


Friday, December 10
H-E-B Center at Cedar Park
20:16 / 27:55
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCI7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (495 B)
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0
1241 requests | 285.53 MB / 255.35 MB transferred | Finish: 304.23 min







*See e.g.*, https://www.truecrimenetworktv.com/

158. SITO has been damaged by the direct infringement of True Crime Network, and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

**Count VIII – Infringement of United States Patent No. 9,380,088**

159. SITO alleges, and incorporates by reference, as if fully set forth here, the preceding paragraphs of this Complaint.

160. True Crime Network directly infringes (literally and/or under the doctrine of equivalents) the ’088 patent by using the method covered by at least claim 36 of the ’088 patent.

161. On information and belief, and without SITO’s approval, authorization and license, True Crime Network owns, controls, operates and uses a system for streaming media that includes the True Crime Network Streaming Platform, as well as other True Crime Network networks, systems, devices, components and/or services for streaming media, that practices and infringes the media streaming method recited in at least claim 36 of the ‘088 patent.

162. The True Crime Network Streaming Platform performs a media streaming management method as demonstrated by the example provided below:




*See e.g.*, https://www.truecrimenetworktv.com

163. The True Crime Network Streaming Platform receives, by at least one computing device (*e.g.*, server(s)) comprising a combination of hardware and software, a request (*e.g.*, GET request) for media (*e.g.*, television program) from a communication device (*e.g.*, client device such as a personal computer, mobile device, and/or television) capable of playing the requested media as demonstrated by the example provided below:







*See e.g.*, https://www.truecrimenetworktv.com/.

164. In response to the request for media and based on one or more attributes (*e.g.*, type of device (*e.g.*, PC), operating system, browser and/or media player) of the

communication device and one or more rules associated with the requested media, the True Crime Network Streaming Platform transmits (*e.g.*, within an M3U8 file(s)), from the at least one computing device to the communication device over a communication network (*e.g.*, the Internet) at least one identification (*e.g.*, segment information/segment file name) of at least one portion of the requested media (*e.g.*, video segment(s)) as demonstrated by the example provided below:






*See e.g.*, https://www.truecrimenetworktv.com/.

165. In response to the request for media and based on one or more attributes (*e.g.*, type of device (*e.g.*, PC), operating system, browser and/or media player) of the communication device and one or more rules associated with the requested media, the True Crime Network Streaming Platform transmits (*e.g.*, within an M3U8 file(s)), from the at least one computing device to the communication device over a communication network (*e.g.*, the Internet) an indication (*e.g.*, identification of one or more ad breaks between video segments) that at least one advertising media clip is to be streamed to the communication device as demonstrated by the examples provided below:


Friday, December 10
H-E-B Center at Cedar Park
20:16 / 27:55
Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
Domain File Initiator Type Transferred Size Start
200 GET cdn-ue1-prod.tsv2.a... 4.m3u8 1.8821e903.chu... vnd.apple.... 4.02 KB 129.92 KB 1.39 s
1241 requests 285.53 MB / 255.35 MB transferred Finish: 304.23 min
Headers Cookies Request Response Timings Stack Trace Security
GET https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c-51e5-46b0-8a81-1a3ab7e5d323/4.m3u8
Status 200 OK
Version HTTP/2
Transferred 4.02 KB (129.92 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (716 B)
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=2, must-revalidate
content-encoding: gzip
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCI7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront


Friday, December 10
H-E-B Center at Cedar Park
20:16 / 27:55
Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
Domain File Initiator Type Transferred Size Start
200 GET cdn-ue1-prod.tsv2.a... 4.m3u8 1.8821e903.chu... vnd.apple.... 4.02 KB 129.92 KB 1.39 s
1241 requests 285.53 MB / 255.35 MB transferred Finish: 304.23 min
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCI7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (495 B)
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0


Friday, December 10
H-E-B Center at Cedar Park
20:16 / 27:55
Auto
Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
.ts
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
S... Me Domain File Initiator Type Transferr... Size Start...
200 G... cdn-ue1-prod.tsv2.a... 72H303.m3u8?ads.content_page_url 1.8821e903.chu... vnd.apple.... 1.17 KB 2.10 KB 1.19 s
200 G... cdn-ue1-prod.tsv2.a... 4.m3u8 1.8821e903.chu... vnd.apple.... 4.02 KB 129.92 KB 1.39 s
302 G... cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 861.79 KB 861.05 KB 4.68 s
200 G... d25p2cuy7kozx8.clou... index_5_0.ts 1.8821e903.chu... mp2t 861.56 KB 861.05 KB 4.84 s
200 G... cdn-ue1-prod.tsv2.a... 7.m3u8 1.8821e903.chu... vnd.apple.... 2.80 KB 112.57 KB 5.28 s
200 G... d25p2cuy7kozx8.clou... index_5_1.ts 1.8821e903.chu... mp2t 844.33 KB 843.80 KB 5.29 s
200 G... cdn-ue1-prod.tsv2.a... 2.m3u8 1.8821e903.chu... vnd.apple.... 4.21 KB 130.01 KB 5.74 s
200 G... d25p2cuy7kozx8.clou... index_3_1.ts 1.8821e903.chu... mp2t 1.83 MB 1.83 MB 6.23 s
200 G... d25p2cuy7kozx8.clou... index_3_2.ts 1.8821e903.chu... mp2t 1.59 MB 1.59 MB 6.97 s
200 G... d25p2cuy7kozx8.clou... index_3_3.ts 1.8821e903.chu... mp2t 1.58 MB 1.58 MB 7.56 s
200 G... d25p2cuy7kozx8.clou... index_3_4.ts 1.8821e903.chu... mp2t 1.77 MB 1.77 MB 8.26 s
302 G... cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 1.50 MB 1.50 MB 8.84 s
200 G... d25p2cuy7kozx8.clou... index_3_5.ts 1.8821e903.chu... mp2t 1.50 MB 1.50 MB 8.90 s
200 G... d25p2cuy7kozx8.clou... index_3_6.ts 1.8821e903.chu... mp2t 1.58 MB 1.58 MB 9.38 s
200 G... d25p2cuy7kozx8.clou... index_3_7.ts 1.8821e903.chu... mp2t 1.57 MB 1.57 MB 9.86 s
200 G... d25p2cuy7kozx8.clou... index_3_8.ts 1.8821e903.chu... mp2t 1.78 MB 1.78 MB 10.42 s
200 G... d25p2cuy7kozx8.clou... index_3_9.ts 1.8821e903.chu... mp2t 1.44 MB 1.44 MB 11.05 s
302 G... cdn-ue1-prod.tsv2.a... beacon?streamId=viewlift-tegna-jus 1.8821e903.chu... mp2t 1.67 MB 1.67 MB 11.60 s
Headers Cookies Request Response Timings Stack Trace Security
Response Payload
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-TARGETDURATION:4
#EXT-X-MEDIA-SEQUENCE:0
#EXT-X-DISCONTINUITY-SEQUENCE:0
#EXTINF:3.003,
https://cdn-ue1-prod.tsv2.amagi.tv/beacon?streamId=viewlift-tegna-justice&var
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076c
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076c
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076c
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076c
#EXTINF:3.003,
https://cdn-ue1-prod.tsv2.amagi.tv/beacon?streamId=viewlift-tegna-justice&var
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076c
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076c
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076c
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076c
#EXTINF:3.003,
https://cdn-ue1-prod.tsv2.amagi.tv/beacon?streamId=viewlift-tegna-justice&var
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076c
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076c
#EXTINF:3.003,


Friday, December 10
H-E-B Center at Cedar Park
20:16 / 27:55
Auto
Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
.ts
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
302 G... cdn-ue1-prod.tsv2.ama... 161 1.8821e903.chunk... mp2t 155.30 KB 154.59 KB
302 G... cdn-ue1-prod.tsv2.ama... 162 1.8821e903.chunk... mp2t 168.33 KB 167.62 KB
302 G... cdn-ue1-prod.tsv2.ama... 163 1.8821e903.chunk... mp2t 157.32 KB 156.61 KB
302 G... cdn-ue1-prod.tsv2.ama... 164 1.8821e903.chunk... mp2t 126.11 KB 125.39 KB
302 G... cdn-ue1-prod.tsv2.ama... 165 1.8821e903.chunk... mp2t 209.09 KB 208.38 KB
302 G... cdn-ue1-prod.tsv2.ama... 166 1.8821e903.chunk... mp2t 150.53 KB 149.81 KB
302 G... cdn-ue1-prod.tsv2.ama... 167 1.8821e903.chunk... mp2t 164.85 KB 164.13 KB
302 G... cdn-ue1-prod.tsv2.ama... 168 1.8821e903.chunk... mp2t 152.73 KB 152.02 KB
302 G... cdn-ue1-prod.tsv2.ama... 169 1.8821e903.chunk... mp2t 133.45 KB 132.74 KB
302 G... cdn-ue1-prod.tsv2.ama... 170 1.8821e903.chunk... mp2t 119.31 KB 118.60 KB
302 G... cdn-ue1-prod.tsv2.ama... 171 1.8821e903.chunk... mp2t 126.66 KB 125.95 KB
302 G... cdn-ue1-prod.tsv2.ama... 172 1.8821e903.chunk... mp2t 157.32 KB 156.61 KB
302 G... cdn-ue1-prod.tsv2.ama... 173 1.8821e903.chunk... mp2t 172.19 KB 171.48 KB
302 G... cdn-ue1-prod.tsv2.ama... 174 1.8821e903.chunk... mp2t 171.09 KB 170.38 KB
302 G... cdn-ue1-prod.tsv2.ama... 175 1.8821e903.chunk... mp2t 122.99 KB 122.27 KB
302 G... cdn-ue1-prod.tsv2.ama... 176 1.8821e903.chunk... mp2t 149.42 KB 148.71 KB
302 G... cdn-ue1-prod.tsv2.ama... 177 1.8821e903.chunk... mp2t 149.42 KB 148.71 KB
302 G... cdn-ue1-prod.tsv2.ama... 178 1.8821e903.chunk... mp2t 146.67 KB 145.96 KB
1241 requests
285.53 MB / 255.35 MB transferred
Finish: 304.23 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block
GET https://cdn-ue1-prod.tsv2.amagi.tv/ad/avod/viewlift-tegna-justice/72H303/b197059c-51e5-46b0-8a81-1a3ab7e5d323/6/165
Status 302 Found
Version HTTP/2
Transferred 209.09 KB (208.38 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (730 B)
Raw
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=180, must-revalidate
content-length: 0
date: Tue, 16 Nov 2021 06:16:32 GMT
location: https://cdn-ue1-prod.tsv2.amagi.tv/tm/1748002a7c5f50a5e76423ca32f5fb44fdb69c58/5h4zsqiwszailkkwtrppwxooeqp4t5k5/asset_270_0_1_00005.ts
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637043392090:ip-192-173-6-242:2933:kvpot9sv:74325
x-amz-cf-id: SSiULvmhQ5f3fQXVNNgjNfBEJr6j-vvXBMhPyGhpUghe9BmpkwPi8Q==
x-amz-cf-pop: DFW53-C1
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2




*See e.g.*, https://www.truecrimenetworktv.com/.

166. In response to the request for media and based on one or more attributes (*e.g.*, type of device (*e.g.*, PC), operating system, browser and/or media player) of the communication device and one or more rules associated with the requested media, the True Crime Network Streaming Platform transmits (*e.g.*, within an M3U8 file(s)), from the at least one computing device to the communication device over a communication network (*e.g.*, the Internet) at least one identification (*e.g.*, host name) of at least one resource (*e.g.*, streaming server(s)) other than the at least one computing device available to facilitate streaming of the at least one portion of the requested media as demonstrated by the examples provided below:


Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
6 requests 634.36 KB / 20.69 KB transferred Finish: 14.85 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
GET https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c-51e5-4 6b0-8a81-1a3ab7e5d323/4.m3u8
Status 200 OK
Version HTTP/2
Transferred 4.02 KB (129.92 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (716 B)
Raw
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=2, must-revalidate
content-encoding: gzip
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCI7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4


Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
6 requests 634.36 KB / 20.69 KB transferred Finish: 16.05 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCI7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (495 B)
Raw
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0







*See e.g.*, https://www.truecrimenetworktv.com/.

167. In response to the request for media and based on one or more attributes (*e.g.*, type of device (*e.g.*, PC), operating system, browser and/or media player) of the

communication device and one or more rules associated with the requested media, the True Crime Network Streaming Platform transmits (*e.g.*, within an M3U8 file(s)), from the at least one computing device to the communication device over a communication network (*e.g.*, the Internet) information (*e.g.*, segment information/segment file name, title identifier of the segment, type of file of the segment, and/or format of the segment) for use by the communication device as to how the at least one portion of the requested media and the at least one advertising media clip are to be presented to a user of the communication device as demonstrated by the examples provided below:




Friday, December 10
H-E-B Center at Cedar Park
20:16 / 27:55
Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
Headers
Cookies
Request
Response
Timings
Stack Trace
Security
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amz-cf-pop: DFW53-C1
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (495 B)
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0
1241 requests
285.53 MB / 255.35 MB transferred
Finish: 304.23 min


Friday, December 10
H-E-B Center at Cedar Park
20:16 / 27:55
Response Payload
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-TARGETDURATION:4
#EXT-X-MEDIA-SEQUENCE:0
#EXT-X-DISCONTINUITY-SEQUENCE:0
#EXTINF:3.003,
https://cdn-ue1-prod.tsv2.amagi.tv/beacon?streamId=viewlift-tegna-justice&var
#EXTINF:3.003,
https://d25p2cuy7kozx8.cloudfront.net/out/v1/ae356328a081412c88b5bd292ff3076c







*See e.g.*, https://www.truecrimenetworktv.com/.

168. SITO has been damaged by the direct infringement of True Crime Network, and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

**Count IX – Infringement of United States Patent No. 9,591,360**

169. SITO alleges, and incorporates by reference, as if fully set forth here, the preceding paragraphs of this Complaint.

170. True Crime Network directly infringes (literally and/or under the doctrine of equivalents) the ’360 patent by using the method covered by at least claim 15 of the ’360 patent.

171. On information and belief, and without SITO’s approval, authorization and license, True Crime Network owns, controls, operates and uses a system for streaming media that includes the True Crime Network Streaming Platform, as well as other True Crime Network networks, systems, devices, components and/or services for streaming media, that practices and infringes the media streaming method recited in at least claim 15 of the ‘360 patent.

172. The True Crime Network Streaming Platform performs a media streaming management method as demonstrated by the example provided below:




*See e.g.*, https://www.truecrimenetworktv.com

173. The True Crime Network Streaming Service receives from a client device (*e.g.*, personal computer, mobile device, television) via a packet-based telecommunication network (*e.g.*, the Internet) signaling (*e.g.*, GET request) to have video content (*e.g.*, television program) streamed to the client device as demonstrated by the example provided below:







*See e.g.*, https://www.truecrimenetworktv.com

174. On information and belief, in response to the received signaling (*e.g.*, GET request), the True Crime Network Streaming Service generates an identifier (*e.g.*,

session cookie - Set cookie – alid) uniquely associated with the client device (*e.g.*, personal computer, mobile device, television) and a viewing session for the video content as demonstrated by the example provided below:






*See e.g.*, https://www.truecrimenetworktv.com

175. The True Crime Network streaming platform transmits, to the client device, via the packet-based telecommunication network (*e.g.*, Internet) and in one or more files (*e.g.*, M3U8 file(s)), each of the one or more files being in a format compatible with a media player on the client device (*e.g.*, client device such as a personal computer, mobile device, and/or television) an indication (*e.g.*, segment information/segment file name) of one or more segments of the video content as demonstrated by the examples provided below:









*See e.g.*, https://www.truecrimenetworktv.com

176. The True Crime Network streaming platform transmits, to the client device, via the packet-based telecommunication network (*e.g.*, Internet) and in one or

more files (*e.g.*, M3U8 file(s)), each of the one or more files being in a format compatible with a media player on the client device (*e.g.*, client device such as a personal computer, mobile device, and/or television) a URL (including an identification of one or more resources (*e.g.*, host name) of a content distribution network available to facilitate streaming of the one or more segments to the client device as demonstrated by the examples provided below:









*See e.g.*, https://www.truecrimenetworktv.com/

177. The True Crime Network streaming platform transmits, to the client device, via the packet-based telecommunication network (*e.g.*, Internet) and in one or

more files (*e.g.*, M3U8 file(s)), each of the one or more files being in a format compatible with a media player on the client device (*e.g.*, client device such as a personal computer, mobile device, and/or television) information instructing the client device how to communicate with the one or more resources of the content distribution network to cause the plurality of segments to be streamed to the client device by the content distribution network as demonstrated by the examples provided below:




Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
6 requests 634.36 KB / 20.69 KB transferred Finish: 16.05 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCI7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (495 B)
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0


Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
mp
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00001.ts 1.8821e903.chunk... mp2t 149.40 KB 148.71 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00002.ts 1.8821e903.chunk... mp2t 149.40 KB 148.71 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00003.ts 1.8821e903.chunk... mp2t 146.64 KB 145.96 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00004.ts 1.8821e903.chunk... mp2t 170.51 KB 169.82 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00005.ts 1.8821e903.chunk... mp2t 176.20 KB 175.52 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00006.ts 1.8821e903.chunk... mp2t 130.67 KB 129.98 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00007.ts 1.8821e903.chunk... mp2t 128.83 KB 128.15 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00008.ts 1.8821e903.chunk... mp2t 152.52 KB 151.83 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00009.ts 1.8821e903.chunk... mp2t 176.93 KB 176.25 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00010.ts 1.8821e903.chunk... mp2t 144.81 KB 144.12 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00011.ts 1.8821e903.chunk... mp2t 143.34 KB 142.65 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00012.ts 1.8821e903.chunk... mp2t 147.56 KB 146.88 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00013.ts 1.8821e903.chunk... mp2t 165.18 KB 164.50 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00014.ts 1.8821e903.chunk... mp2t 145.54 KB 144.86 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00015.ts 1.8821e903.chunk... mp2t 186.11 KB 185.43 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00016.ts 1.8821e903.chunk... mp2t 133.79 KB 133.11 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00017.ts 1.8821e903.chunk... mp2t 154.35 KB 153.67 KB
200 G... cdn-ue1-prod.tsv2.ama... asset_270_0_1_00018.ts 1.8821e903.chunk... mp2t 134.89 KB 134.21 KB
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
GET https://cdn-ue1-prod.tsv2.amagi.tv/tm/1748002a7c5f50a5e76423ca32f5fb44fdb69c58/ywugkfa52zcu7lodh7tahxmg62iq2omp/asset_270_0_1_00012.ts
Status 200 OK
Version HTTP/2
Transferred 147.56 KB (146.88 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (701 B)
accept-ranges: bytes
access-control-allow-methods: GET, HEAD
access-control-allow-origin: *
access-control-max-age: 30
content-length: 150400
content-type: video/MP2T
date: Tue, 16 Nov 2021 06:17:17 GMT
etag: "c21041183c3e954857e7c7aa33cd902b"
last-modified: Tue, 05 Oct 2021 05:07:31 GMT
server: AmazonS3
vary: Origin,Access-Control-Request-Headers,Access-Control-Request-Method
via: 1.1 19c21bc68d3470393eb071798c06b915.cloudfront.net (CloudFront), 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amz-cf-id: c15B4SKsrVcU2vqPQ0SmI7k2az7Ak-x8sG1E7YNcJz09r1_iMlmwxA==




*See e.g.*, https://www.truecrimenetworktv.com

178. The True Crime Network streaming platform transmits, to the client device, via the packet-based telecommunication network (*e.g.*, Internet) and in one or more files (*e.g.*, M3U8 file(s)), each of the one or more files being in a format compatible with a media player on the client device (*e.g.*, client device such as a personal computer, mobile device, and/or television) information instructing the client device how to communicate with an advertising server to cause one or more advertisements to be streamed from the advertising server to the client device in sequence with the streaming of the plurality of segments to the client device by the content distribution network as demonstrated by the examples provided below:


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
Domain
File
Initiator
Type
Transferred
Size
Headers Cookies Request Response Timings Stack Trace Security
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB
Filter Headers
GET https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/72H303.m3u8?ads.content_page_url=https://watch.truecrimenetworktv.com/series/true-crime-72hours-series&ads.app_bundle=VIEWLIFT_APP_BUNDLE&ads.app_name=VIEWLIFT_APP_NAME&ads.did=VIEWLIFT_DEVICE_ID&ads.gdpr=0&ads.us_privacy=1YNN&ads.coppa=0&ads.title=Good Doctor&ads.genre=Reality
Status 200 OK
Version HTTP/2
Transferred 1.17 KB (2.10 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (699 B)
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=1
content-encoding: gzip
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:16 GMT
vary: Accept-Encoding,origin


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
m3u8
Headers Cookies Request Response Timings Stack Trace Security
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB
date: Tue, 16 Nov 2021 06:09:16 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956803:ip-192-173-56-206:2915:kvrbtxkc64567
x-amz-cf-id: v4bXg5ieiXcCGUb5FSz5dwJCUCn1LAnDpooT57X17ftNU8F-4AZHQQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: d4c26551-a81f-4f12-87a1-979e04bba92a
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (742 B)
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0
6 requests 634.36 KB / 20.69 KB transferred Finish: 5.56 min


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
Headers Cookies Request Response Timings Stack Trace Security
Response Payload
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-INDEPENDENT-SEGMENTS
#EXT-X-STREAM-INF:BANDWIDTH=8033014,FRAME-RATE=29.97,SUBTITLES="subtitles",RES
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b19705
#EXT-X-STREAM-INF:BANDWIDTH=6316983,FRAME-RATE=29.97,SUBTITLES="subtitles",RES
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c
#EXT-X-STREAM-INF:BANDWIDTH=5657014,FRAME-RATE=29.97,SUBTITLES="subtitles",RES
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c
#EXT-X-STREAM-INF:BANDWIDTH=4865014,FRAME-RATE=29.97,SUBTITLES="subtitles",RES
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c
#EXT-X-STREAM-INF:BANDWIDTH=2489014,FRAME-RATE=29.97,SUBTITLES="subtitles",RES
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c
#EXT-X-STREAM-INF:BANDWIDTH=1564983,FRAME-RATE=29.97,SUBTITLES="subtitles",RES
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c
#EXT-X-STREAM-INF:BANDWIDTH=641014,FRAME-RATE=29.97,SUBTITLES="subtitles",RESO
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c
#EXT-X-MEDIA:TYPE=SUBTITLES,GROUP-ID="subtitles",NAME="English",AUTOSELECT=YES
6 requests 634.36 KB / 20.69 KB transferred Finish: 7.06 min


Friday, December 10
H-E-B Center at Cedar Park
20:16 / 27:55
Auto
Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
.ts
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
302 G... cdn-ue1-prod.tsv2.ama... 161 1.8821e903.chunk... mp2t 155.30 KB 154.59 KB
302 G... cdn-ue1-prod.tsv2.ama... 162 1.8821e903.chunk... mp2t 168.33 KB 167.62 KB
302 G... cdn-ue1-prod.tsv2.ama... 163 1.8821e903.chunk... mp2t 157.32 KB 156.61 KB
302 G... cdn-ue1-prod.tsv2.ama... 164 1.8821e903.chunk... mp2t 126.11 KB 125.39 KB
302 G... cdn-ue1-prod.tsv2.ama... 165 1.8821e903.chunk... mp2t 209.09 KB 208.38 KB
302 G... cdn-ue1-prod.tsv2.ama... 166 1.8821e903.chunk... mp2t 150.53 KB 149.81 KB
302 G... cdn-ue1-prod.tsv2.ama... 167 1.8821e903.chunk... mp2t 164.85 KB 164.13 KB
302 G... cdn-ue1-prod.tsv2.ama... 168 1.8821e903.chunk... mp2t 152.73 KB 152.02 KB
302 G... cdn-ue1-prod.tsv2.ama... 169 1.8821e903.chunk... mp2t 133.45 KB 132.74 KB
302 G... cdn-ue1-prod.tsv2.ama... 170 1.8821e903.chunk... mp2t 119.31 KB 118.60 KB
302 G... cdn-ue1-prod.tsv2.ama... 171 1.8821e903.chunk... mp2t 126.66 KB 125.95 KB
302 G... cdn-ue1-prod.tsv2.ama... 172 1.8821e903.chunk... mp2t 157.32 KB 156.61 KB
302 G... cdn-ue1-prod.tsv2.ama... 173 1.8821e903.chunk... mp2t 172.19 KB 171.48 KB
302 G... cdn-ue1-prod.tsv2.ama... 174 1.8821e903.chunk... mp2t 171.09 KB 170.38 KB
302 G... cdn-ue1-prod.tsv2.ama... 175 1.8821e903.chunk... mp2t 122.99 KB 122.27 KB
302 G... cdn-ue1-prod.tsv2.ama... 176 1.8821e903.chunk... mp2t 149.42 KB 148.71 KB
302 G... cdn-ue1-prod.tsv2.ama... 177 1.8821e903.chunk... mp2t 149.42 KB 148.71 KB
302 G... cdn-ue1-prod.tsv2.ama... 178 1.8821e903.chunk... mp2t 146.67 KB 145.96 KB
GET https://cdn-ue1-prod.tsv2.amagi.tv/ad/avod/viewlift-tegna-justice/72H303/b197059c-51e5-46b0-8a81-1a3ab7e5d323/6/165
Status 302 Found
Version HTTP/2
Transferred 209.09 KB (208.38 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (730 B)
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=180, must-revalidate
content-length: 0
date: Tue, 16 Nov 2021 06:16:32 GMT
location: https://cdn-ue1-prod.tsv2.amagi.tv/tm/1748002a7c5f50a5e76423ca32f5fb44fdb69c58/5h4zsqiwszailkkwtrppwxooeqp4t5k5/asset_270_0_1_00005.ts
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637043392090:ip-192-173-6-242:2933:kvpot9sv:74325
x-amz-cf-id: SSiULvmhQ5f3fQXVNNgjNfBEJr6j-vvXBMhPyGhpUghe9BmpkwPi8Q==
x-amz-cf-pop: DFW53-C1
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
1241 requests 285.53 MB / 255.35 MB transferred Finish: 304.23 min




*See e.g.*, https://www.truecrimenetworktv.com/

179. The True Crime Network streaming platform transmits, to the client device, via the packet-based telecommunication network (*e.g.*, Internet) and in one or more files (*e.g.*, M3U8 file(s)), each of the one or more files being in a format compatible with a media player on the client device (*e.g.*, client device such as a personal computer, mobile device, and/or television) the identifier.


Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
6 requests 634.36 KB / 20.69 KB transferred Finish: 14.85 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
GET https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c-51e5-4
6b0-8a81-1a3ab7e5d323/4.m3u8
Status 200 OK
Version HTTP/2
Transferred 4.02 KB (129.92 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (716 B)
Raw
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=2, must-revalidate
content-encoding: gzip
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:20 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCl7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4


Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
6 requests 634.36 KB / 20.69 KB transferred Finish: 16.05 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956951:ip-192-173-46-244:2943:kvgj9cxv:97647
x-amz-cf-id: BdFeMBu8i1krn7XxkXbu4vt3PUM9Fpzenf7zK_cCl7qGP5hk_PdrfQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: bafac094-362d-426b-980a-7120991691c4
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (495 B)
Raw
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
TE: trailers
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/9
4.0







*See e.g.*, https://www.truecrimenetworktv.com

180. SITO has been damaged by the direct infringement of True Crime Network, and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

**Count X – Infringement of United States Patent No. 9,756,362**

181. SITO alleges, and incorporates by reference, as if fully set forth here, the preceding paragraphs of this Complaint.

182. True Crime Network directly infringes (literally and/or under the doctrine of equivalents) claim 1 of the ’362 patent.

183. On information and belief, and without SITO’s approval, authorization and license, True Crime Network owns, controls, operates and uses a system for streaming media that includes the True Crime Network Streaming Platform, as well as other True Crime Network networks, systems, devices, components and/or services for streaming media, that practices and infringes claim 1 of the ‘362 patent.

184. On information and belief, the True Crime Network Streaming Platform is a video streaming system comprising a plurality of servers, each of the plurality of servers including one or more processors and a memory as demonstrated by the example provided below:




*See e.g.*, https://www.truecrimenetworktv.com

185. On information and belief, the True Crime Network Streaming Platform receives video content (*e.g.*, television program) from video content owners.

186. The True Crime Network Streaming Platform stores the received videos content (*e.g.*, television program) in a plurality of geographically separated resources (*e.g.*, media streaming servers) of a content distribution network (*e.g.*, distributed network of servers) as demonstrated by the example provided below:







*See e.g.*, https://www.truecrimenetworktv.com/

187. The True Crime Network Streaming Platform receives, from the client device (*e.g.*, personal computer, mobile device, television) via a packet-based

telecommunication network (*e.g.*, Internet), signaling (*e.g.*, GET request) to have the stored video content (*e.g.*, television program) streamed to the client device from one or more of the resources of the content distribution network as demonstrated by the example provided below:






*See e.g.*, https://www.truecrimenetworktv.com/.

188. In response to the received signaling (*e.g.*, GET request), the True Crime Network Streaming Platform transmits one or more files (*e.g.*, (M3U8)) to the client device (*e.g.*, personal computer, mobile device, television) over the packet-based telecommunication network (*e.g.*, the Internet) as demonstrated by the example provided below:







*See e.g.*, https://www.truecrimenetworktv.com/.

189. The M3U8 includes an identification (*e.g.*, URL that resolves an IP address) of one or more of the resources (*e.g.*, media streaming server(s)) of the content

distribution network available to facilitate streaming of one or more segments of the stored video content (*e.g.*, television program) to the client device (*e.g.*, personal computer, mobile device, television), the identification is dependent at least in part on a relationship between a geographic location of the client device and geographic locations (*e.g.*, CDNs) of the resources of the content distribution network as demonstrated by the examples provided below:









*See e.g.*, https://www.truecrimenetworktv.com/.

190. The M3U8 includes an identification of an advertising server, the identification of the advertising server being dependent at least in part on a relationship between the geographic location (*e.g.*, CDNs) of the client device (*e.g.*, personal computer, mobile device, television) and a geographic location of the advertising server as demonstrated by the examples provided below:







*See e.g.*, https://www.truecrimenetworktv.com/.

**Marketing.** We may send you TEGNA-related and or other marketing communications via email and other channels as permitted by law. We also work with third-party advertising partners who use cookies and similar technologies to help us advertise our services. These advertisements are delivered by our advertising partners and may be targeted based on your geographic area and activity on the Services and other online services. To learn more about your choices in connection with advertisements, please see the section below titled Advertising Choices.

*See e.g.*, https://watch.truecrimenetworktv.com/privacy-policy

191. The M3U8 causes the client device to communicate with resources (*e.g.*, media streaming servers) of the content distribution network and the advertising server to cause the one or more segments of the stored video (*e.g.*, television program) to be streamed to the client device (*e.g.*, personal computer, mobile device, television) by the identified one or more resources of the content distribution network and cause one or more advertisements to be streamed from the advertising server to the client device as demonstrated by the examples provided below:




Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
6 requests 634.36 KB / 20.69 KB transferred Finish: 5.56 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers Block Resend
date: Tue, 16 Nov 2021 06:09:16 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956803:ip-192-173-56-206:2915:kvrbtxkc64567
x-amz-cf-id: v4bXg5ieiXcCGUb5FSz5dwJCUCn1LAnDpooT57X17ftNU8F-4AZHQQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: d4c26551-a81f-4f12-87a1-979e04bba92a
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (742 B) Raw
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0


(narrator)
Once he managed to get
Candice calmed down
Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
6 requests 634.36 KB / 20.69 KB transferred Finish: 7.06 min
Headers Cookies Request Response Timings Stack Trace Security
Response Payload
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-INDEPENDENT-SEGMENTS
#EXT-X-STREAM-INF:BANDWIDTH=8033014,FRAME-RATE=29.97,SUBTITLES="subtitles",RES
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059
#EXT-X-STREAM-INF:BANDWIDTH=6316983,FRAME-RATE=29.97,SUBTITLES="subtitles",RES
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059
#EXT-X-STREAM-INF:BANDWIDTH=5657014,FRAME-RATE=29.97,SUBTITLES="subtitles",RES
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059
#EXT-X-STREAM-INF:BANDWIDTH=4865014,FRAME-RATE=29.97,SUBTITLES="subtitles",RES
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059
#EXT-X-STREAM-INF:BANDWIDTH=2489014,FRAME-RATE=29.97,SUBTITLES="subtitles",RES
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059
#EXT-X-STREAM-INF:BANDWIDTH=1564983,FRAME-RATE=29.97,SUBTITLES="subtitles",RES
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059
#EXT-X-STREAM-INF:BANDWIDTH=641014,FRAME-RATE=29.97,SUBTITLES="subtitles",RES
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059
#EXT-X-MEDIA:TYPE=SUBTITLES,GROUP-ID="subtitles",NAME="English",AUTOSELECT=YES







*See e.g.*, https://www.truecrimenetworktv.com/.

192. SITO has been damaged by the direct infringement of True Crime Network, and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

**Count XI – Infringement of United States Patent No. 10,009,637**

193. SITO alleges, and incorporates by reference, as if fully set forth here, the preceding paragraphs of this Complaint.

194. True Crime Network directly infringes (literally and/or under the doctrine of equivalents) the ’637 patent by using the method covered by at least claim 1 of the ’637 patent.

195. On information and belief, and without SITO’s approval, authorization and license, True Crime Network owns, controls, operates and uses a system for streaming media that includes the True Crime Network Streaming Platform, as well as other True Crime Network networks, systems, devices, components and/or services for streaming media, that practices and infringes the media streaming method recited in at least claim 1 of the ‘637 patent.

196. The True Crime Network Streaming Platform performs a method for managing streaming of video content (*e.g.*, television program) to a client device (*e.g.*, personal computer, mobile device, and/or television) as demonstrated by the example provided below:




*See e.g.*, https://www.truecrimenetworktv.com

197. The True Crime Network Streaming Platform provides the video content to a content distribution network (*e.g.*, content delivery network (CDN)) for storage in a plurality of geographically separated resources (*e.g.*, streaming servers located throughout the United States) of the content distribution network as demonstrated by the examples provided below:







*See e.g.*, https://www.truecrimenetworktv.com/.

198. A server(s) of the True Crime Network Streaming Platform receives, from the client device via a packet-based telecommunication network (*e.g.*, the Internet),

signaling (*e.g.*, GET request) to have the stored video content streamed to the client device as demonstrated by the example provided below:







*See e.g.*, https://www.truecrimenetworktv.com

199. In response to the received signaling, a server transmits one or more files (*e.g.*, M3U8 file(s)) to the client device via the packet-based telecommunication network, each of the one or more files being in a format compatible with a media player on the client device, the one or more files comprising an identification (*e.g.*, host name) of one or more of the resources (*e.g.*, streaming server(s)) of the content distribution network available to facilitate streaming of one or more segments of the stored video content to the client device, the identification being dependent at least in part on a relationship between a geographic location of the client device and geographic locations of the resources of the content distribution network (*e.g.*, the host name will resolve an IP address of a streaming server of a CDN that is geographically close to the client device) as demonstrated by the examples provided below:









*See e.g.*, https://www.truecrimenetworktv.com/.

200. In response to the received signaling, a server transmits one or more files (*e.g.*, M3U8 file(s)) to the client device via the packet-based telecommunication network, each of the one or more files being in a format compatible with a media player on the client device, the one or more files comprising an identification (*e.g.*, host name) of an advertising server, the identification of the advertising server being dependent at least in part on a relationship between the geographic location of the client device and a geographic location of the advertising server (*e.g.*, on information and belief, the host

name will resolve an IP address of an advertising server that is geographically close to the client device) as demonstrated by the examples provided below:

SITE NOT AVAILABLE

We're sorry. You've reached our on-demand platform which is only available to users in the United States.

*See e.g.*, https://www.truecrimenetworktv.com/

**Marketing.** We may send you TEGNA-related and or other marketing communications via email and other channels as permitted by law. We also work with third-party advertising partners who use cookies and similar technologies to help us advertise our services. These advertisements are delivered by our advertising partners and may be targeted based on your geographic area and activity on the Services and other online services. To learn more about your choices in connection with advertisements, please see the section below titled Advertising Choices.

*See e.g.*, https://www.truecrimenetworktv.com/privacy-policy.

201. The one or more files, when processed by the client device, cause the client device to communicate with the identified one or more resources of the content distribution network and the advertising server to cause the one or more segments of the stored video to be streamed to the client device by the identified one or more resources of the content distribution network and cause one or more advertisements to be streamed from the advertising server to the client device as demonstrated by the example provided below:


Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resen
GET https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/72H303.m3u8?ads.content_page_url=https://watch.truecrimenetworktv.com/series/true-crime-72hours-series&ads.app_bundle=VIEWLIFT_APP_BUNDLE&ads.app_name=VIEWLIFT_APP_NAME&ads.did=VIEWLIFT_DEVICE_ID&ads.gdpr=0&ads.us_privacy=1YNN&ads.coppa=0&ads.title=Good Doctor&ads.genre=Reality
Status 200 OK
Version HTTP/2
Transferred 1.17 KB (2.10 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (699 B)
Raw
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=1
content-encoding: gzip
content-type: application/vnd.apple.mpegurl
date: Tue, 16 Nov 2021 06:09:16 GMT
vary: Accept-Encoding,origin


Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
date: Tue, 16 Nov 2021 06:09:16 GMT
vary: Accept-Encoding,origin
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637042956803:ip-192-173-56-206:2915:kvrbtxkc64567
x-amz-cf-id: v4bXg5ieiXcCGUb5FSz5dwJCUCn1LAnDpooT57X17ftNU8F-4AZHQQ==
x-amz-cf-pop: DFW53-C1
x-amzn-requestid: d4c26551-a81f-4f12-87a1-979e04bba92a
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2
Request Headers (742 B)
Raw
Accept: */*
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.5
Connection: keep-alive
Host: cdn-ue1-prod.tsv2.amagi.tv
Origin: https://watch.truecrimenetworktv.com
Referer: https://watch.truecrimenetworktv.com/
Sec-Fetch-Dest: empty
Sec-Fetch-Mode: cors
Sec-Fetch-Site: cross-site
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0
6 requests 634.36 KB / 20.69 KB transferred Finish: 5.56 min


Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB 2....
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB 11...
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB 13...
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB 12...
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB 12...
Headers Cookies Request Response Timings Stack Trace Security
Response Payload
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-INDEPENDENT-SEGMENTS
#EXT-X-STREAM-INF:BANDWIDTH=8033014,FRAME-RATE=29.97,SUBTITLES="subtitles",RES
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059
#EXT-X-STREAM-INF:BANDWIDTH=6316983,FRAME-RATE=29.97,SUBTITLES="subtitles",RES
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c
#EXT-X-STREAM-INF:BANDWIDTH=5657014,FRAME-RATE=29.97,SUBTITLES="subtitles",RES
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c
#EXT-X-STREAM-INF:BANDWIDTH=4865014,FRAME-RATE=29.97,SUBTITLES="subtitles",RES
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c
#EXT-X-STREAM-INF:BANDWIDTH=2489014,FRAME-RATE=29.97,SUBTITLES="subtitles",RES
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c
#EXT-X-STREAM-INF:BANDWIDTH=1564983,FRAME-RATE=29.97,SUBTITLES="subtitles",RES
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c
#EXT-X-STREAM-INF:BANDWIDTH=641014,FRAME-RATE=29.97,SUBTITLES="subtitles",RESC
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059c
#EXT-X-MEDIA:TYPE=SUBTITLES,GROUP-ID="subtitles",NAME="English",AUTOSELECT=YES
6 requests 634.36 KB / 20.69 KB transferred Finish: 7.06 min


Friday, December 10
H-E-B Center at Cedar Park
20:16 / 27:55
Inspector Console Debugger Network Style Editor Performance Memory Storage Accessibility Application
.ts
All HTML CSS JS XHR Fonts Images Media WS Other Disable Cache No Throttling
St... M... Domain File Initiator Type Transferred Size
302 G... cdn-ue1-prod.tsv2.ama... 161 1.8821e903.chunk... mp2t 155.30 KB 154.59 KB
302 G... cdn-ue1-prod.tsv2.ama... 162 1.8821e903.chunk... mp2t 168.33 KB 167.62 KB
302 G... cdn-ue1-prod.tsv2.ama... 163 1.8821e903.chunk... mp2t 157.32 KB 156.61 KB
302 G... cdn-ue1-prod.tsv2.ama... 164 1.8821e903.chunk... mp2t 126.11 KB 125.39 KB
302 G... cdn-ue1-prod.tsv2.ama... 165 1.8821e903.chunk... mp2t 209.09 KB 208.38 KB
302 G... cdn-ue1-prod.tsv2.ama... 166 1.8821e903.chunk... mp2t 150.53 KB 149.81 KB
302 G... cdn-ue1-prod.tsv2.ama... 167 1.8821e903.chunk... mp2t 164.85 KB 164.13 KB
302 G... cdn-ue1-prod.tsv2.ama... 168 1.8821e903.chunk... mp2t 152.73 KB 152.02 KB
302 G... cdn-ue1-prod.tsv2.ama... 169 1.8821e903.chunk... mp2t 133.45 KB 132.74 KB
302 G... cdn-ue1-prod.tsv2.ama... 170 1.8821e903.chunk... mp2t 119.31 KB 118.60 KB
302 G... cdn-ue1-prod.tsv2.ama... 171 1.8821e903.chunk... mp2t 126.66 KB 125.95 KB
302 G... cdn-ue1-prod.tsv2.ama... 172 1.8821e903.chunk... mp2t 157.32 KB 156.61 KB
302 G... cdn-ue1-prod.tsv2.ama... 173 1.8821e903.chunk... mp2t 172.19 KB 171.48 KB
302 G... cdn-ue1-prod.tsv2.ama... 174 1.8821e903.chunk... mp2t 171.09 KB 170.38 KB
302 G... cdn-ue1-prod.tsv2.ama... 175 1.8821e903.chunk... mp2t 122.99 KB 122.27 KB
302 G... cdn-ue1-prod.tsv2.ama... 176 1.8821e903.chunk... mp2t 149.42 KB 148.71 KB
302 G... cdn-ue1-prod.tsv2.ama... 177 1.8821e903.chunk... mp2t 149.42 KB 148.71 KB
302 G... cdn-ue1-prod.tsv2.ama... 178 1.8821e903.chunk... mp2t 146.67 KB 145.96 KB
1241 requests 285.53 MB / 255.35 MB transferred Finish: 304.23 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
GET https://cdn-ue1-prod.tsv2.amagi.tv/ad/avod/viewlift-tegna-justice/72H303/b197059c-51e5-46b0-8a81-1a3ab7e5d323/6/165
Status 302 Found
Version HTTP/2
Transferred 209.09 KB (208.38 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (730 B)
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=180, must-revalidate
content-length: 0
date: Tue, 16 Nov 2021 06:16:32 GMT
location: https://cdn-ue1-prod.tsv2.amagi.tv/tm/1748002a7c5f50a5e76423ca32f5fb44fdb69c58/5h4zsqiwszailkkwtrppwxooeqp4t5k5/asset_270_0_1_00005.ts
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637043392090:ip-192-173-6-242:2933:kvpot9sv:74325
x-amz-cf-id: SSiULvmhQ5f3fQXVNNgjNfBEJr6j-vXBMhPyGhpUghe9BmpkwPi8Q==
x-amz-cf-pop: DFW53-C1
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2




*See e.g.*, https://www.truecrimenetworktv.com/.

202. SITO has been damaged by the direct infringement of True Crime Network, and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

**<u>Count XII – Infringement of United States Patent No. 10,171,846</u>**

203. SITO alleges, and incorporates by reference, as if fully set forth here, the preceding paragraphs of this Complaint.

204. True Crime Network directly infringes (literally and/or under the doctrine of equivalents) the ’846 patent by using the method covered by at least claim 1 of the ’846 patent.

205. On information and belief, and without SITO’s approval, authorization and license, True Crime Network owns, controls, operates and uses a system for

streaming media that includes the True Crime Network Streaming Platform, as well as other True Crime Network networks, systems, devices, components and/or services for streaming media, that practices and infringes the media streaming method recited in at least claim 1 of the '846 patent.

206. The True Crime Network Streaming Platform performs a method for managing streaming of video content (*e.g.*, television program) to a client device (*e.g.*, personal computer, mobile device, and/or television) as demonstrated by the example provided below:




*See e.g.*, https://www.truecrimenetworktv.com

207. The True Crime Network Streaming Platform provides the video content to a content distribution network (*e.g.*, content delivery network (CDN)) for storage in a plurality of geographically separated resources (*e.g.*, streaming servers located

throughout the United States) of the content distribution network as demonstrated by the example provided below:







*See e.g.*, https://www.truecrimenetworktv.com/.

208. On information and belief, the True Crime Network Streaming Platform dynamically selects one or more advertisement media clips (*e.g.*, targeted advertisement(s)) based on statistical information (*e.g.*, user interest/behavior, demographics) associated with a user of the client device as demonstrated by the example provided below:

**Device data**, such as your computer or mobile device operating system type and version number, manufacturer and model, browser type, screen resolution, IP address, unique identifiers (e.g., Apple's ID for Advertising or Google's Advertising ID), general location information (such as city or state), and precise geolocation (if you permit our Services to access it from your device settings).
**Online activity data**, such as the website you visited before browsing to our website, pages or screens you viewed on the Services, how long you spent on a page or screen, navigation paths between pages or screens, information about your activity on a page or screen, access times, and duration of access.

*See e.g.*, https://watch.truecrimenetworktv.com/privacy-policy

209. A server receives, from the client device (*e.g.*, personal computer, mobile device, and/or television) via a packet-based telecommunication network (*e.g.*, the Internet), signaling (*e.g.*, GET request) to have the stored video content streamed to the client device as demonstrated by the example provided below:






*See e.g.*, https://www.truecrimenetworktv.com

210. In response to the received signaling, a server transmits to the client device, via the packet-based telecommunication network and in one or more files (*e.g.*, M3U8 file(s)) having a format compatible with a media player on the client device, an identification (*e.g.*, host name) of one or more of the resources (*e.g.*, streaming server(s)) of the content distribution network available to facilitate streaming of one or more segments of the stored video content to the client device, the identification being dependent at least in part on a relationship between a geographic location of the client device and geographic locations of the resources of the content distribution network (*e.g.*, the host name will resolve an IP address of a streaming server of a CDN that is geographically close to the client device) as demonstrated by the examples provided below:







*See e.g.*, https://www.truecrimenetworktv.com

**Marketing.** We may send you TEGNA-related and or other marketing communications via email and other channels as permitted by law. We also work with third-party advertising partners who use cookies and similar technologies to help us advertise our services. These advertisements are delivered by our advertising partners and may be targeted based on your geographic area and activity on the Services and other online services. To learn more about your choices in connection with advertisements, please see the section below titled Advertising Choices.

*See e.g.*, https://www.truecrimenetworktv.com/privacy-policy.

211. In response to the received signaling, a server transmits to the client device, via the packet-based telecommunication network and in one or more files (*e.g.*, M3U8 file(s)) having a format compatible with a media player on the client device, an identification (*e.g.*, host name) of an advertising server, the identification of the advertising server being dependent at least in part on a relationship between the geographic location of the client device and a geographic location of the advertising server (*e.g.*, on information and belief, the host name will resolve an IP address of an advertising server that is geographically close to the client device) as demonstrated by the examples provided below:






*See e.g.*, https://www.truecrimenetworktv.com

**Marketing.** We may send you TEGNA-related and or other marketing communications via email and other channels as permitted by law. We also work with third-party advertising partners who use cookies and similar technologies to help us advertise our services. These advertisements are delivered by our advertising partners and may be targeted based on your geographic area and activity on the Services and other online services. To learn more about your choices in connection with advertisements, please see the section below titled Advertising Choices.

*See e.g.*, https://watch.truecrimenetworktv.com/privacy-policy

212. The one or more files, when processed by the client device, cause the client device to communicate with the identified one or more resources of the content distribution network and the advertising server to cause the one or more segments of the stored video to be streamed to the client device by the identified one or more resources of the content distribution network and cause the one or more selected advertisement media clips to be streamed from the advertising server to the client device as demonstrated by the examples provided below:


Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
m3u8
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
200 GET cdn-ue1-prod.tsv2.amagi... 72H303.m3u8?ads.content_page_url=https://watc 1.8821e903.chunk.j... vnd.apple.mp... 1.17 KB
200 GET cdn-ue1-prod.tsv2.amagi... 4.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.02 KB
200 GET cdn-ue1-prod.tsv2.amagi... 7.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 2.80 KB
200 GET cdn-ue1-prod.tsv2.amagi... 2.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.21 KB
200 GET cdn-ue1-prod.tsv2.amagi... 5.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.26 KB
200 GET cdn-ue1-prod.tsv2.amagi... 6.m3u8 1.8821e903.chunk.j... vnd.apple.mp... 4.24 KB
Headers Cookies Request Response Timings Stack Trace Security
Response Payload
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-INDEPENDENT-SEGMENTS
#EXT-X-STREAM-INF:BANDWIDTH=8033014,FRAME-RATE=29.97,SUBTITLES="subtitles"
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059
#EXT-X-STREAM-INF:BANDWIDTH=6316983,FRAME-RATE=29.97,SUBTITLES="subtitles"
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059
#EXT-X-STREAM-INF:BANDWIDTH=5657014,FRAME-RATE=29.97,SUBTITLES="subtitles"
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059
#EXT-X-STREAM-INF:BANDWIDTH=4865014,FRAME-RATE=29.97,SUBTITLES="subtitles"
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059
#EXT-X-STREAM-INF:BANDWIDTH=2489014,FRAME-RATE=29.97,SUBTITLES="subtitles"
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059
#EXT-X-STREAM-INF:BANDWIDTH=1564983,FRAME-RATE=29.97,SUBTITLES="subtitles"
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059
#EXT-X-STREAM-INF:BANDWIDTH=641014,FRAME-RATE=29.97,SUBTITLES="subtitles"
https://cdn-ue1-prod.tsv2.amagi.tv/avod/viewlift-tegna-justice/72H303/b197059
#EXT-X-MEDIA:TYPE=SUBTITLES,GROUP-ID="subtitles",NAME="English",AUTOSELECT=YES
6 requests
634.36 KB / 20.69 KB transferred
Finish: 7.06 min


Friday, December 10
H-E-B Center at Cedar Park
20:16 / 27:55
Auto
Inspector
Console
Debugger
Network
Style Editor
Performance
Memory
Storage
Accessibility
Application
.ts
All HTML CSS JS XHR Fonts Images Media WS Other
Disable Cache
No Throttling
St... M... Domain File Initiator Type Transferred Size
302 G... cdn-ue1-prod.tsv2.ama... 161 1.8821e903.chunk... mp2t 155.30 KB 154.59 KB
302 G... cdn-ue1-prod.tsv2.ama... 162 1.8821e903.chunk... mp2t 168.33 KB 167.62 KB
302 G... cdn-ue1-prod.tsv2.ama... 163 1.8821e903.chunk... mp2t 157.32 KB 156.61 KB
302 G... cdn-ue1-prod.tsv2.ama... 164 1.8821e903.chunk... mp2t 126.11 KB 125.39 KB
302 G... cdn-ue1-prod.tsv2.ama... 165 1.8821e903.chunk... mp2t 209.09 KB 208.38 KB
302 G... cdn-ue1-prod.tsv2.ama... 166 1.8821e903.chunk... mp2t 150.53 KB 149.81 KB
302 G... cdn-ue1-prod.tsv2.ama... 167 1.8821e903.chunk... mp2t 164.85 KB 164.13 KB
302 G... cdn-ue1-prod.tsv2.ama... 168 1.8821e903.chunk... mp2t 152.73 KB 152.02 KB
302 G... cdn-ue1-prod.tsv2.ama... 169 1.8821e903.chunk... mp2t 133.45 KB 132.74 KB
302 G... cdn-ue1-prod.tsv2.ama... 170 1.8821e903.chunk... mp2t 119.31 KB 118.60 KB
302 G... cdn-ue1-prod.tsv2.ama... 171 1.8821e903.chunk... mp2t 126.66 KB 125.95 KB
302 G... cdn-ue1-prod.tsv2.ama... 172 1.8821e903.chunk... mp2t 157.32 KB 156.61 KB
302 G... cdn-ue1-prod.tsv2.ama... 173 1.8821e903.chunk... mp2t 172.19 KB 171.48 KB
302 G... cdn-ue1-prod.tsv2.ama... 174 1.8821e903.chunk... mp2t 171.09 KB 170.38 KB
302 G... cdn-ue1-prod.tsv2.ama... 175 1.8821e903.chunk... mp2t 122.99 KB 122.27 KB
302 G... cdn-ue1-prod.tsv2.ama... 176 1.8821e903.chunk... mp2t 149.42 KB 148.71 KB
302 G... cdn-ue1-prod.tsv2.ama... 177 1.8821e903.chunk... mp2t 149.42 KB 148.71 KB
302 G... cdn-ue1-prod.tsv2.ama... 178 1.8821e903.chunk... mp2t 146.67 KB 145.96 KB
1241 requests
285.53 MB / 255.35 MB transferred
Finish: 304.23 min
Headers Cookies Request Response Timings Stack Trace Security
Filter Headers
Block Resend
GET https://cdn-ue1-prod.tsv2.amagi.tv/ad/avod/viewlift-tegna-justice/72H303/b197059c-51e5-46b0-8a81-1a3ab7e5d323/6/165
Status 302 Found
Version HTTP/2
Transferred 209.09 KB (208.38 KB size)
Referrer Policy strict-origin-when-cross-origin
Response Headers (730 B)
Raw
access-control-allow-credentials: true
access-control-allow-origin: https://watch.truecrimenetworktv.com
access-control-expose-headers: WWW-Authenticate,Server-Authorization
cache-control: max-age=180, must-revalidate
content-length: 0
date: Tue, 16 Nov 2021 06:16:32 GMT
location: https://cdn-ue1-prod.tsv2.amagi.tv/tm/1748002a7c5f50a5e76423ca32f5fb44fdb69c58/5h4zsqiwszailkkwtrppwxooeqp4t5k5/asset_270_0_1_00005.ts
via: 1.1 5f1f38c95605e9427bedb183f565ce23.cloudfront.net (CloudFront)
x-amg-requestid: 1637043392090:ip-192-173-6-242:2933:kvpot9sv:74325
x-amz-cf-id: SSiULvmhQ5f3fQXVNNgjNfBEJr6j-vXBMhPyGhpUghe9BmpkwPi8Q==
x-amz-cf-pop: DFW53-C1
x-cache: Miss from cloudfront
X-Firefox-Spdy: h2




*See e.g.*, https://www.truecrimenetworktv.com.

213. SITO has been damaged by the direct infringement of True Crime Network, and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

## JURY DEMANDED

214. Pursuant to Federal Rule of Civil Procedure 38(b), SITO hereby requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

SITO respectfully requests this Court to enter judgment in SITO's favor and against True Crime Network as follows:

a. finding that True Crime Network directly infringes, literally and/or under the doctrine of equivalents, one or more claims of each of the patents-in-suit;

b. awarding SITO damages under 35 U.S.C. § 284, or otherwise permitted by law, including supplemental damages for any continued post-verdict infringement;

c. awarding SITO pre-judgment and post-judgment interest on the damages award and costs;

d. awarding costs of this action (including all disbursements) and attorney fees pursuant to 35 U.S.C. § 285, or as otherwise permitted by the law; and

e. awarding such other costs and further relief that the Court determines to be just and equitable.

November 22, 2021

Respectfully submitted,

/s/Stamatios Stamoulis
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
800 N. West Street – Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiffs*
*SITO Mobile R&D IP, LLC and*
*SITO Mobile Ltd.*

Of Counsel:
Ronald M. Daignault*
Chandran B. Iyer
Shailendra Maheshwari*
DAIGNAULT IYER LLP
8618 Westwood Center Drive, Suite 150
Vienna, VA 22182
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com

**Not admitted in Virginia*